# United States Bankruptcy Court
## District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Haydee Velazquez,
    Debtor.

Case No.:    23-17261-JNP

Chapter:    13

Hearing Date: December 27, 2023

Judge:    Poslusny

## NOTICE OF OBJECTION TO YOUR CLAIM

To: Castle Credit Co Holdings, LLC

Debtor Haydee Velazquez has filed the enclosed Motion to Modify Claim No. 1 of Castle Credit Co Holdings, LLC (Docket No. 25), which seeks to alter your rights by modifying the treatment of your claim.

If you disagree with the objection, you must file a response to the objection with the Clerk of the Bankruptcy Court at the address below on or before December 20, 2023.

At the same time, you must also serve a copy of the response upon the objector's attorney:

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable Jerrold N. Poslusny, Jr. on December 27, 2023, at 11:00 a.m. at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom No. 4C.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: November 18, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad