# United States Bankruptcy Court
# District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Haydee Velazquez,
     Debtor.

Case No.:     23-17261-JNP

Chapter:     13

Hearing Date: December 27, 2023

Judge:     Poslusny

## CERTIFICATION OF MICHAEL I. ASSAD IN SUPPORT OF DEBTOR'S MOTION TO MODIFY CLAIM NO. 1 OF CASTLE CREDIT CO HOLDINGS, LLC

I, Michael I. Assad, certify as follows:

1.     I am counsel for the above debtor.

2.     I have reviewed the docket in this case, which indicates that Claim No 1 was filed by Castle Credit Co Holdings, LLC on September 23, 2023.

3.     I have reviewed Claim No. 1 and the supporting documents attached thereto.

4.     The contract attached to Claim No. 1, which is the basis for the claim, does not grant Castle Credit Co Holdings, LLC a security interest in any of the debtor's real or personal property.

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: November 18, 2023

/s/ Michael I. Assad
Michael I. Assad