**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Haydee Velazquez,
      Debtor.

Case No.:　　23-17261-JNP

Chapter:　　13

Hearing Date: December 27, 2023

Judge:　　Poslusny

**ORDER MODIFYING CLAIM**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

This matter having come before the Court upon the Debtor's Motion to Modify Claim No. 1 of Castle Credit Co Holdings, LLC, and the Court having examined the evidence presented, and for good cause shown, it is hereby

**ORDERED** that Claim No. 1 of Castle Credit Co Holdings, LLC is reclassified as wholly unsecured and shall be treated as such within the Debtor's plan.