# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Case No.: 23-17261-JNP<br><br>Chapter: 13<br><br>Hearing Date: January 23, 2024<br><br>Judge: Poslusny |
| In re: Haydee Velazquez,<br>　　　　Debtor. | |

## NOTICE OF OBJECTION

To: Freedom Mortgage Corporation

Debtor Haydee Velazquez has filed the enclosed Motion to Object to Postpetition Mortgage Fees, Expenses, and Charges by Freedom Mortgage Corporation (Docket No. 28), which seeks to alter your rights.

If you disagree with the objection, you must file a response to the objection with the Clerk of the Bankruptcy Court at the address below on or before January 16, 2024.

At the same time, you must also serve a copy of the response upon the objector's attorney:

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable Jerrold N. Poslusny, Jr. on December 27, 2023, at 11:00 a.m. at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom No. 4C.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: December 21, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
　　　Michael I. Assad