**United States Bankruptcy Court**
**District of New Jersey**

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Haydee Velazquez,
      Debtor.

Case No.:      23-17261-JNP

Chapter:       13

Hearing Date: January 23, 2024

Judge:         Poslusny

### CERTIFICATION OF MICHAEL I. ASSAD IN SUPPORT OF DEBTOR'S MOTION TO OBJECT TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES BY FREEDOM MORTGAGE CORPORATION

I, Michael I. Assad, certify as follows:

1. I am counsel for the above debtor.

2. I have reviewed the docket in this case, which indicates that Freedom Mortgage Corporation filed a Statement of Postpetition Mortgage Fees, Expenses, and Charges on December 14, 2023.

3. The notice indicates that Freedom incurred fees as follows: $550 for objecting to the plan, $550 for preparing a proof of claim, and $400 for reviewing the plan.

4. The docket reflects that Freedom filed a 1.5-page objection to the plan on September 12, 2023 (not including three pages for the certificate of service).

5. The docket reflects that Freedom filed a 22-page proof of claim on October 27, 2023.

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: December 21, 2023

/s/ Michael I. Assad
Michael I. Assad