# United States Bankruptcy Court
## District of New Jersey

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In re: Haydee Velazquez,
    Debtor.

Case No.:　　23-17261-JNP

Chapter:　　13

Hearing Date: January 23, 2024

Judge:　　Poslusny

## BRIEF IN SUPPORT OF DEBTOR'S MOTION TO OBJECT TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES BY FREEDOM MORTGAGE CORPORATION

    The Court must disallow the postpetition mortgage fees, expenses, and charges incurred by Freedom Mortgage Corporation because most of the fees are unreasonable.

    Freedom proffers that it cost $550 to prepare its proof of claim, which is reasonable. However, it also proffers that it cost $400 to review the plan and $550 to draft and file its 1.5 page objection.

    Assuming $550 equals one hour of work, Freedom's plan review took forty-four minutes. To proffer that it took the same amount of time to prepare a 1.5 page objection as it took to prepare a detailed 22 page proof of claim is absurd.

    Accordingly, the Court must disallow these fees.

Date: December 21, 2023

/s/ Michael I. Assad
Michael I. Assad