# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Case No.:    23-17261-JNP<br><br>Chapter:    13<br><br>Hearing Date: January 23, 2024<br><br>Judge:    Poslusny |
| In re: Haydee Velazquez,<br>         Debtor. | |

## ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

2

This matter having come before the Court upon the Debtor's Motion to Object to Postpetition Mortgage Fees, Expenses, and Charges by Freedom Mortgage Corporation, and the Court having examined the evidence presented, and for good cause shown, it is hereby

**ORDERED** that the fees, expenses, and charges listed on the notice filed by Freedom Mortgage Corporation on December 14, 2023 are **DISALLOWED**.