| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Case No.: 23-17261-JNP<br><br>Chapter: 13 |
| In Re:<br><br>Haydee Velazquez,<br><br>    Debtor. | Adv. No.:<br><br>Hearing Date: January 23, 2024<br><br>Judge: Poslusny |

## CERTIFICATION OF SERVICE

1. I, Michael I. Assad:

    ☒ represent Debtor Haydee Velazquez in this matter.

    ☐ am the secretary/paralegal for _____, who represents ___ in this matter.

    ☐ am the ___ in this case and am representing myself.

2. On December 21, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Object to Postpetition Mortgage Fees, Expenses, and Charges by Freedom Mortgage Corporation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   December 21, 2023                            /s/ Michael I. Assad
                                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Freedom Mortgage Corporation | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |