**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Order Filed on December 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 23-17261-JNP |
| | Chapter: 13 |
| In re: Haydee Velazquez,<br>        Debtor. | Hearing Date: December 27, 2023 |
| | Judge: Poslusny |

### ORDER MODIFYING CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 27, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

This matter having come before the Court upon the Debtor's Motion to Modify Claim No. 1 of Castle Credit Co Holdings, LLC, and the Court having examined the evidence presented, and for good cause shown, it is hereby

**ORDERED** that Claim No. 1 of Castle Credit Co Holdings, LLC is reclassified as wholly unsecured and shall be treated as such within the Debtor's plan.