UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
By: Michael I. Assad
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com
Bar Number: 338972023
Attorney for Debtor

In Re:

Haydee Velazquez,
    Debtor.

Case No.:     23-17261-JNP

Chapter:     13

Hearing Date:     January 23, 2024

Judge:     Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Debtor's Motion to Object to Postpetition Mortgage Fees, Expenses, and Charges by Freedom Mortgage Corporation

Date: January 18, 2024

_____
Signature

*rev.8/1/15*