**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | **Order Filed on January 31, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| | Case No.:  23-17261-JNP |
| | Chapter:  13 |
| In re: Haydee Velazquez,<br>       Debtor. | Hearing Date:  January 23, 2024 |
| | Judge:  Poslusny |

**CONSENT ORDER RESOLVING DEBTOR'S MOTION TO OBJECT TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES BY FREEDOM MORTGAGE CORPORATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 31, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

This matter having come before the Court upon the Debtor's Motion to Object to Postpetition Mortgage Fees, Expenses, and Charges by Freedom Mortgage Corporation, and the Court having examined the evidence presented, and for good cause shown, it is hereby **ORDERED** that:

1. The fees, expenses, and charges listed on the notice filed by Freedom Mortgage Corporation on December 14, 2023, are **MODIFIED** as follows:

    a. Objection to Plan (9/12/2023) is **REDUCED** to $275

    b. Plan Review (9/5/2023) is **REDUCED** to $250

2. On or before February 23, 2024, Freedom must file an amended notice consistent with this order.

We consent to the form, content, and entry of this order.

/s/ Michael I. Assad                      01/31/2024
Michael I. Assad                          Date
Attorney for Debtor


/s/ Matthew Fissel                        1/26/2024
Matthew Fissel                            Date
Attorney for Freedom Mortgage Corporation