**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Cibik Law, P.C.<br>By: Michael I. Assad<br>1500 Walnut Street Suite 900<br>Philadelphia, PA 19102<br>Phone: (215) 735-1060<br>Email: mail@cibiklaw.com<br>Bar Number: 338972023<br>Attorney for Debtor | Order Filed on January 31, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 23-17261-JNP |
| | Chapter: 13 |
| In re: Haydee Velazquez,<br>    Debtor. | Hearing Date: January 23, 2024 |
| | Judge: Poslusny |

**CONSENT ORDER RESOLVING DEBTOR'S MOTION TO OBJECT TO POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES BY FREEDOM MORTGAGE CORPORATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 31, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court upon the Debtor's Motion to Object to Postpetition Mortgage Fees, Expenses, and Charges by Freedom Mortgage Corporation, and the Court having examined the evidence presented, and for good cause shown, it is hereby **ORDERED** that:

1. The fees, expenses, and charges listed on the notice filed by Freedom Mortgage Corporation on December 14, 2023, are **MODIFIED** as follows:

    a. Objection to Plan (9/12/2023) is **REDUCED** to $275

    b. Plan Review (9/5/2023) is **REDUCED** to $250

2. On or before February 23, 2024, Freedom must file an amended notice consistent with this order.

We consent to the form, content, and entry of this order.

/s/ Michael I. Assad                    01/31/2024
Michael I. Assad                        Date
Attorney for Debtor


/s/ Matthew Fissel                      1/26/2024
Matthew Fissel                          Date
Attorney for Freedom Mortgage Corporation

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17261-JNP |
| Haydee Velazquez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 31, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Haydee Velazquez, 945 Chestnut Ave, Woodbury, NJ 08097-1609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian E Caine | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor Freedom Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Michael I. Assad | on behalf of Debtor Haydee Velazquez mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 31, 2024 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7