UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

HAYDEE VELAZQUEZ

Case No.:  23-17261-JNP

Adversary No.:

Chapter:    13

Judge:    JERROLD N. POSLUSNY JR.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:          FREEDOM MORTGAGE CORPORATION, creditor
(Example: John Smith, creditor)

    Old address:      10500 Kincaid Drive, Suite 300

                      Fishers, IN 46037-9764

    New address:      11988 Exit 5 Parkway, Building  4

                      Fishers, IN 46037-7939

    New phone no.: _____
    (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:        9/26/2024                                    /s/Lorri Beltz
                                                          Signature

*rev.8/1/2021*