**EISENBERG, GOLD & AGRAWAL, P.C.**
By:  William E. Craig, Esquire
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200
Attorneys for Secured Creditor Truist Bank
File No. TB-529-C

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In Re: | Chapter 13 |
|---|---|
| **HAYDEE VELAZQUEZ** | Case No.  23-17261 |
| | Judge:  Hon. Jerrold N. Poslusny, Jr. |
| Debtor(s). | Hearing Date: **February 11, 2025, at 11:00 a.m** |
| | Objection deadline: **February 04, 2025** |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**TO:**

**Haydee Velazquez**
**945 Chestnut Ave**
**Woodbury, NJ 08097**

**Edward Jacob Gruber**
**Edward Jacob Gruber at Law**
**1500 Walnut St, Ste. 900**
**Philadelphia, PA 19102**

**Andrew B Finberg**
**Chapter 13 Standing Trustee**
**535 Route 38, Suite 38**
**Cherry Hill. NJ 08002**

　　**Secured creditor, Truist Bank** has filed papers with the court to obtain relief from the Automatic Stay.

　　**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  **(If you do not have an attorney, you may wish to consult one.)**

　　If you do not want the Court to grant relief from the automatic stay, or if you want the Court to consider your views on the motion, then on or before **February 04, 2025**, you or your attorney must:

　　File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

　　　　United States Bankruptcy Court,
　　　　401 Market Street
　　　　Camden, New Jersey 08102

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**EISENBERG, GOLD & AGRAWAL, P.C.**
Attn: William E. Craig, Esquire
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

**Attend the hearing scheduled to be held on February 11, 2025, at 11:00 a.m. in Courtroom #4C, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                              **EISENBERG, GOLD & AGRAWAL, P.C.**
                                              Attorneys for Truist Bank
                                              By:    /s/William E. Craig
                                                      William E. Craig, Esquire

Dated: 1/17/2025