TB-529-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esq.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for: Truist Bank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>HAYDEE VELAZQUEZ | Case No. 23-17261 (JNP)<br><br>CHAPTER 13<br><br>Hearing Date:<br><br>CERTIFICATION IN SUPPORT OF<br><br>MOTION OF TRUIST BANK FOR RELIEF<br><br>THE AUTOMATIC STAY |

_Letosha A. Moody_ certifies as follows:

1. I am employed by Truist Bank ("Truist") and am familiar with the facts of this case.

2. On October 12, 2022, the Debtor executed a Retail Installment Contract for the purchase of a **2019 Volkswagen Jetta** more particularly described in the following paragraph. The contract was assigned to Truist Bank and the Debtor became indebted to Truist in accordance with the terms of same. To secure payment of the contract, the Debtor(s) caused the title to the vehicle to be delivered to Truist Bank. As a result, Truist Bank is the holder of a first purchase money security interest encumbering the vehicle. True copies of the contract and title are annexed hereto as exhibits A and B.

TB-529-C

3. The following information sets forth the make, model and serial number of the vehicle, the original terms of the contract, the clean retail and trade-in values of the vehicle, and the current status of the Debtor's loan:

   A. Make, model and serial number of motor vehicle:
      2019 Volkswagen Jetta
      Serial number: 3VWE57BU5KM089481

   B. Original Contract terms:
      (i) Total of payments: $33,705.75
      (ii) Term: 75 months
      (iii) Monthly payment: $449.41
      (iv) First payment due: 11-11-2022

   C. Clean retail value:   $16,850.00*
      Clean trade-in value: $12,950.00*

      *Values derived from NADA Official Used Car Guide, January 2025 edition

   D. Delinquency status: Account is past due from 7-11-24 to 1-11-25

**Arrears: $2,834.10**

   E. Statement of Balance Due:
      Net loan balance: $21,789.00

TB-529-C

4. Truist Bank requests relief from the automatic stay for the following reasons:

    a.    The Debtor is failing to make payments to Truist and is failing to provide Truist with adequate protection.

    I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

*/s/ Latosha A. Mack*
Latosha A. Moody
Bankruptcy Analyst

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esq.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Truist Bank
```

In Re:

HAYDEE VELAZQUEZ

Case No.: 23-17261

Hearing Date:

Chapter: 13

Judge: JNP

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

Latosha A. Moody, employed as Bankruptcy Analyst by Truist Bank, hereby certifies the following:

Vehicle lender/lessor: Truist

Vehicle description: 2019 Volkswagen Jetta

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on 8/22/2023)

| | Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|---|
| 1. | $449.41 | 9/11/2023 | 8/31/2023 | $460.00 | 9/23 | MP |
| 2. | $449.41 | 10/11/2023 | 10/01/2023 | $449.41 | 10/23 | MP |
| 3. | $449.41 | 11/11/2023 | 11/01/2023 | $449.41 | 11/23 | MP |
| 4. | $449.41 | 12/11/2023 | 11/30/2023 | $449.41 | 12/23 | MP |
| 5. | $449.41 | 1/11/2024 | 1/1/2024 | $449.41 | 1/24 | MP |
| 6. | $449.41 | 2/11/2024 | 2/1/2024 | $449.41 | 2/24 | MP |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo/yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 7. $ 449.41 | 3/11/2024 | 2/28/2024 | $ 450.00 | 3/2024 | MP |
| 8. $ 449.41 | 4/11/2024 | 4/3/2024 | $ 449.41 | 4/2024 | MP |
| 9. $ 449.41 | 5/11/2024 | 5/6/2024 | $ 450.00 | 5/2024 | MP |
| 10. $ 449.41 | 6/11/2024 | 5/30/2024 | $ 449.41 | 6/2024 | MP |
| 11. $ 449.41 | 7/11/2024 | 7/31/2024 | $ 300.00 | 7/2024 | MP |
| 12. $ 449.41 | 8/11/2024 | | | | |
| TOTAL: $ 5,392.92 | | | $ 4,805.87 | | |

[Continue on attached sheets if necessary]

Monthly payments past due at $_____ per month from _____ to _____ : $_____

Plus miscellaneous amounts due:

        Late Charges:    $ _____

        Repossession fees:    $ _____

        Extension fees:    $ _____

        Other:    $ _____

**TOTAL POST-PETITION PAST DUE**..........................$ _____0.00_____

---

Pre-petition arrears: _____ to _____

( _____ months  x  $ _____ per month = $ _0.00_____ )

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: 1/14/25

Signature

*rev.8/1/15*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esq.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Truist Bank

In Re:

HAYDEE VELAZQUEZ

Case No.: 23-17261

Hearing Date:

Chapter: 13

Judge: JNP

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

Latosha A. Moody, employed as Bankruptcy Analyst by Truist Bank, hereby certifies the following:

Vehicle lender/lessor: Truist

Vehicle description: 2019 Volkswagen Jetta

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on 8/22/2023)

| Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|
| 1. $449.41 | 9/11/2024 | | | | |
| 2. $449.41 | 10/11/2024 | | | | |
| 3. $449.41 | 11/11/2024 | | | | |
| 4. $449.41 | 12/11/2024 | | | | |
| 5. $449.41 | 1/11/2025 | | | | |
| 6. | | | | | |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo/yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| TOTAL: $ 2,247.05 | | | $ 0.00 | | |

[Continue on attached sheets if necessary]

Monthly payments past due at $ __449.41__ per month from __August 2024__ to __January 2025__ : $ __2,834.10__

Plus miscellaneous amounts due:

        Late Charges:    $ _____
        Repossession fees:    $ _____
        Extension fees:    $ _____
        Other:    $ _____

**TOTAL POST-PETITION PAST DUE**.......................... $ __2,834.10__

---

Pre-petition arrears: _____ to _____
( _____ months  x  $_____ per month = $ __0.00__ )

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: __1/14/25__

                                            Signature

*rev.8/1/15*