Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−17261−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haydee Velazquez
   aka Haydee Velazquez Arce
   945 Chestnut Ave
   Woodbury, NJ 08097−1609

Social Security No.:
   xxx−xx−9440

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 4, 2024.

On 4/1/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                May 7, 2025
Time:                10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 2, 2025
JAN: lgr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-17261-JNP
Haydee Velazquez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4
Date Rcvd: Apr 02, 2025     Form ID: 185     Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Haydee Velazquez, 945 Chestnut Ave, Woodbury, NJ 08097-1609 |
| 520004088 | + | Borough of Woodbury Heights, 500 Elm Ave, Woodbury Hts, NJ 08097-1489 |
| 520004091 | + | Citi Bank, Citi Cards, PO Box 183054, Columbus, OH 43218-3054 |
| 520004094 | | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 520004095 | + | County of Gloucester, PO Box 337, Woodbury, NJ 08096-7337 |
| 520065332 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 520004104 | + | Green Star Exteriors, 1914 Parker Ave, Holmes, PA 19043-1414 |
| 520004117 | + | South Jersey Gas, 3800 Atlantic Ave, Atlantic City, NJ 08401-6080 |
| 520004118 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 520004123 | | U.S. Attorney, District of N.J., 970 Broad St Fl 7, Newark, NJ 07102-2527 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Apr 02 2025 21:32:37 | Matthew K Fissel, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 21:43:52 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 02 2025 21:33:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 02 2025 21:33:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Apr 02 2025 21:33:00 | Truist Bank, PO Box 85092, Richmond, VA 23285-5092 |
| 520004085 | + | Email/Text: bankruptcy@acimacredit.com | Apr 02 2025 21:34:00 | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 520007204 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 21:44:10 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520046527 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 21:43:49 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK |

Case 23-17261-JNP    Doc 48    Filed 04/04/25    Entered 04/05/25 00:15:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 02, 2025 | Form ID: 185 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 520004086 | + Email/Text: ally@ebn.phinsolutions.com | Apr 02 2025 21:32:00 | Ally Financial, Inc, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520004087 | + Email/PDF: bncnotices@becket-lee.com | Apr 02 2025 21:43:52 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 520004090 | Email/Text: BKPT@cfna.com | Apr 02 2025 21:32:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520004092 | Email/Text: megan.harper@phila.gov | Apr 02 2025 21:34:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 520009236 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2025 21:44:09 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520004089 | + Email/Text: legal@castlecredit.com | Apr 02 2025 21:34:00 | Castel Credit Co Holdings, LLC, Attn: Bankruptcy 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 520031875 | + Email/Text: legal@castlecredit.com | Apr 02 2025 21:34:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 520004093 | Email/Text: bankruptcy@philapark.org | Apr 02 2025 21:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 520004096 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 02 2025 21:34:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520004097 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2025 21:43:49 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520004125 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 02 2025 21:33:00 | Enterbank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004098 | + Email/Text: bnc-bluestem@quantum3group.com | Apr 02 2025 21:34:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520004099 | + Email/Text: bankruptcy@firstelectronic.com | Apr 02 2025 21:34:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 520004100 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | Apr 02 2025 21:33:00 | First Investors Financial Dept, Attn: Bankruptcy Attn: Bankruptcy, 3065 Akers Mill Rd SE , Ste 700, Atlanta, GA 30339-3124 |
| 520004101 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 02 2025 21:33:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 520004103 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 02 2025 21:33:00 | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520004102 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 02 2025 21:34:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520004106 | + Email/Text: bankruptcy@greenskycredit.com | Apr 02 2025 21:33:00 | GreenSky Financial, Attn: Bankruptcy Attn: Bankruptcy, 1797 NE Expressway NE , Ste 100, Atlanta, GA 30329-2451 |
| 520004105 | + Email/Text: bankruptcy@greenskycredit.com | Apr 02 2025 21:33:00 | Greensky, 5565 Gleridge Connector , Ste 700, Atlanta, GA 30342-4796 |
| 520050073 | Email/Text: bankruptcy@greenskycredit.com | Apr 02 2025 21:33:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 520004107 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2025 21:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520004108 | ^ MEBN | Apr 02 2025 21:36:32 | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 520047109 | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 02 2025 21:43:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004109 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 02 2025 21:33:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520004110 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 02 2025 21:33:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 520004111 | | Email/PDF: cbp@omf.com | Apr 02 2025 21:44:01 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520004113 | | Email/Text: banko@preferredcredit.com | Apr 02 2025 21:32:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520004114 | ^ | MEBN | Apr 02 2025 21:35:18 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 520004112 | | Email/Text: bankruptcy@philapark.org | Apr 02 2025 21:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 520060858 | | Email/Text: bnc-quantum@quantum3group.com | Apr 02 2025 21:33:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520004115 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 02 2025 21:44:22 | Regional Acceptance Corporation, Attn: Bankruptcy 1424 East Fire Tower Ro, Greenville, NC 27858-4105 |
| 520042916 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 02 2025 21:33:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004119 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 02 2025 21:33:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520004116 | | Email/Text: bankruptcy@bbandt.com | Apr 02 2025 21:33:00 | Sheffield Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-1078 |
| 520004120 | ^ | MEBN | Apr 02 2025 21:31:28 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 520004121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2025 21:55:28 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520004122 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2025 21:44:25 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 520036916 | + | Email/Text: bankruptcy@bbandt.com | Apr 02 2025 21:33:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520004124 | ^ | MEBN | Apr 02 2025 21:33:52 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Apr 02, 2025 | Form ID: 185 | Total Noticed: 59

Date: Apr 04, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brian E Caine | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor Freedom Mortgage Corporation bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Edward Jacob Gruber | on behalf of Debtor Haydee Velazquez help@cibiklaw.com  noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Truist Bank wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8