| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| BROCK & SCOTT, PLLC |
| 302 Fellowship Rd, Suite 130 |
| Mount Laurel, NJ 08054 |
| (844) 856-6646 |

In Re:

SEE ATTACHED EXHIBIT A

Case No: SEE ATTACHED EXHIBIT A

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 910-2, the undersigned notifies the Court that Andrew Spivack OF Brock & Scott, PLLC, will be substituted as attorney of record for Creditor in place of Matthew Fissel in this case.

Date: April 24, 2025        /s/ Matthew Fissel
                            Signature of Former Attorney
                            By: Matthew Fissel

Date: April 24, 2025        */s/ Andrew Spivack*
                            Signature of Substituted Attorney
                            By Andrew Spivack, Brock & Scott, PLLC

rev.8/1/16