# **EXHIBIT A**

| Case No. | Case Title |
|---|---|
| 14-27531-RG | Rosa Ledezma |
| 16-27134-MBK | Ross Bevevino |
| 17-30568-SLM | Stephanie Pamela Greenspan |
| 17-32180-VFP | Vittorio Laracca |
| 18-12420-MEH | Lynn M Tyson |
| 18-17494-ABA | Jesse L. Austin and Amber D. Austin |
| 18-20539-JNP | Matthew D. Armstrong |
| 18-21646-ABA | Christine M. Campbell |
| 18-23993-MEH | Robert J. Kempczynski, Jr. |
| 18-24470-SLM | Pedro A. Viera |
| 18-26173-JNP | Jay F. Brophy, Jr. |
| 18-27700-ABA | Kevin M. Faust |
| 18-29892-CMG | Ali H Ranjha |
| 18-32073-RG | Judex Philantrope |
| 18-32422-RG | Rufi Ibraimi |
| 18-35075-CMG | Sherry A. Sentek |
| 19-10084-VFP | James Peters and Judith Peters |
| 19-11364-MBK | Anson Maxwell |
| 19-19205-VFP | Robert E Harris and Ellen Harris |
| 19-20185-MEH | Denise M Arthur-Smith |
| 19-20603-JKS | Tiffany D Smith |
| 19-22889-RG | Heath L. Stephen |
| 19-24248-SLM | Cristian H Gomez |
| 19-25309-MEH | John Anthony Filardo |
| 19-27952-MEH | Loren McDonald Jackson |
| 19-28149-RG | William Charles Hovey |
| 19-28637-VFP | Tarek El-Sadek |
| 19-29711-RG | Alex Haralam |
| 19-30890-MBK | Brian P. Cook |
| 19-31139-MBK | Christopher J Paulsen |
| 19-33051-MEH | Sherream V Williams |
| 19-33543-MEH | Alvin Acosta and Sandra Acosta |
| 19-34078-JKS | Ahmad M Aref |
| 20-10406-MEH | Jeanette M Young and Geoffrey G Young |
| 20-11211-RG | Robin D Pinckney-St. John |
| 20-11612-SLM | Sylvan Dazzel |
| 20-11969-ABA | Paul M. Regalbuto, Jr. |
| 20-12123-ABA | Anthony J Roman |
| 20-12235-JNP | Nicholas Ulrich and Jaclyn Ann Ulrich |
| 20-12359-SLM | Damaris A Castillo |
| 20-12435-ABA | Thomas W. Camp, Jr. and Taylor L. Camp |
| 20-12748-JNP | Anthony R Brooks, Jr and Sherie N Brooks |
| 20-12797-CMG | Stephen Iskowitz and Patricia Iskowitz |

| | |
|---|---|
| 20-13183-ABA | Frank Esbensen |
| 20-13493-MBK | Carl J. Hasson and Deborah M. Hasson |
| 20-13554-MBK | Tyrone Hodges |
| 20-13630-JNP | Jennifer L Milano |
| 20-14109-JNP | Deborah E. Steinhaus |
| 20-14283-SLM | Jessie C. Johnson |
| 20-14427-MBK | Isaias F Ferreira and Jacqueline Ferreira |
| 20-14713-MEH | Kathleen J. Collins |
| 20-14720-MEH | Diego E. Ortiz |
| 20-14825-MEH | Jeremy J Arnold |
| 20-14907-ABA | Dennis M. Cooney, Jr. and Jennifer L. Cooney |
| 20-14930-RG | Ilir Shehu and Anisa Shehu |
| 20-15086-VFP | Niftali Marrero and Lourdes Marrero |
| 20-15186-MBK | Patricia I. Parrish |
| 20-15191-RG | Rafael G Sanchez |
| 20-15282-MEH | Deon Lewis and Norma Lewis |
| 20-15507-JNP | Richard W. Kosma and Deborah M. Kosma |
| 20-15817-SLM | Vito Labruno, Jr. |
| 20-15987-CMG | Shui Yee Lee |
| 20-16110-ABA | Wilton M Paulino |
| 20-16279-VFP | Martha J. Sanchez |
| 20-16345-CMG | Gabriel L. Malcom and Kathleen A. Malcom |
| 20-16556-MBK | Linda Davis |
| 20-16624-CMG | Christine M. Clark |
| 20-16933-MBK | Muhammad S. Khan and Lubna S. Khan |
| 20-17009-RG | Edwin Munoz and Josielyn Munoz |
| 20-17231-CMG | Melissa M. Tessein |
| 20-17299-VFP | Alvin Delgado and Ada I Delgado |
| 20-17478-MEH | Leonardo Melendez and Venus O. Melendez |
| 20-17528-MBK | Dale E. Alexander and Margaret M. Downey-Alexander |
| 20-17602-VFP | Vincent P. Marchello Jr. and Ronna L. Marchello |
| 20-17729-ABA | James V Love and Tania D Love |
| 20-17842-JNP | Celeste L Stevens |
| 20-17900-JKS | Geraldine Ann Russo |
| 20-17972-VFP | Christopher Dos Santos and Susie Dos Santos |
| 20-18008-JNP | Justin M. Wiley and Christa Ann Walker-Wiley |
| 20-18125-VFP | Maria-Emilia V Scott |
| 20-18182-ABA | Amir S. Cole |
| 20-18231-JNP | James E. Nefferdorf, Jr. and Kimberly D. Nefferdorf |

| | |
|---|---|
| 20-18515-JNP | Joseph Angelucci, Jr. and Kathryn R Angelucci |
| 20-18585-JNP | Rosa A Pichardo and Reynaldo Pichardo |
| 20-19103-RG | Lonnterry L. O'Blenis |
| 20-19202-RG | Nathan J Yunker and Jillian L Enge-Yunker |
| 20-19299-MEH | Grace Sicoli |
| 20-19562-MBK | George E. Theis, 3rd and Tara E. Theis |
| 20-19713-MEH | Elizabeth Clark |
| 20-20237-ABA | Susan M Haydak and James M Haydak |
| 20-20469-MEH | Oscar V Serra |
| 20-20547-MBK | John Sampson |
| 20-20638-JNP | Ronald F Fasulo, Sr. |
| 20-21056-JNP | Owen C. Haynes, Jr. |
| 20-21175-JNP | Josephine Kantrowitz |
| 20-21333-JNP | Marlene A. Jones |
| 20-21367-JNP | Robert J. Critelli, Jr. |
| 20-21394-JKS | Martha Boland |
| 20-21395-RG | Hector F Giraldo |
| 20-21457-MEH | Jeffrey M. Kish |
| 20-21476-RG | Sonji McDaniel |
| 20-21801-MEH | Casandra Leah Fenenic and Noelle Ann Ensminger |
| 20-21988-ABA | Deborah L Harris |
| 20-22107-MBK | Wilbert M Villaluna |
| 20-22577-JNP | Douglas Foster and Christina Foster |
| 20-22696-VFP | Lashonda McBurroughs |
| 20-22951-MBK | Eduardo C. DeOliveira |
| 20-22956-CMG | Leo A Staten and Diana Staten |
| 20-23522-MEH | Hiram W Taylor and Patricia K Edmonds-Taylor |
| 20-23620-CMG | Lucinda Burgess |
| 20-24018-MBK | Charles A. Teator, Jr. |
| 21-10882-SLM | Eduardo Granados |
| 21-10906-JKS | Silva I. Pena-Gallo |
| 21-11024-MBK | Marcos Garcia and Ruth Lopez |
| 21-11155-MEH | Elwood F Weisneck, Jr. and Susan C. Weisneck |
| 21-11212-ABA | William Herbert Witsman, Jr. |
| 21-11216-ABA | Peter E. Bullock |
| 21-11349-JNP | Dawn Maureen Roberts |
| 21-11411-JKS | Miguel A. Huerta |
| 21-11479-ABA | Michelle D. Fitchett |
| 21-11536-CMG | Rajan Mahadevia |
| 21-11624-MBK | Heidi E. Lubrani |

| | |
|---|---|
| 21-12077-VFP | Elionai Mercedes |
| 21-12366-MBK | Edward Marin and Nicole Marin |
| 21-12482-MEH | Carlos J Rodriguez and Lizbeth I Valentin |
| 21-12572-MEH | Rajani V. Patel and Nisutaben R. Patel |
| 21-12585-MBK | Anthony L. Trause and Darlene Kish Trause |
| 21-12910-MEH | Abbas Shah |
| 21-13050-MEH | Michael J Materazzo and Joanne A. Materazzo |
| 21-13068-RG | Janusz Kolasinski |
| 21-13292-MEH | Jose David Ochoa and Ninza Cecilia Ochoa |
| 21-13443-JKS | John S Shiau |
| 21-13529-RG | Lisa J. Gilbert |
| 21-13536-JKS | Edward F Reilly |
| 21-13585-ABA | George Luis Serrano, III and Michelle Angela Serrano |
| 21-13872-CMG | Pooranram Ramessar |
| 21-14200-MBK | Salvatore Caravello, Jr. and Tara Caravello |
| 21-14373-MEH | Joseph L. Cocca |
| 21-14394-MEH | David R. Hulteen and Mona M. Hulteen |
| 21-14577-ABA | Lori A McKinney |
| 21-14623-MBK | Willie J Mingo |
| 21-14626-SLM | Darrell Hooper and Cortney Hooper |
| 21-14686-MBK | Darren C. Buscemi |
| 21-14728-JKS | Robert Kramer |
| 21-14734-JNP | James E. Gifford and Kathleen M. Gifford |
| 21-14910-JKS | Luis F. Castano |
| 21-15045-CMG | Andrew Coles |
| 21-15733-VFP | Aida A Alsharawneh |
| 21-15782-CMG | Roselande Hounlekpo |
| 21-16368-MBK | Rhonda Chriqi |
| 21-16529-ABA | Todd E Fitzhugh |
| 21-16616-ABA | James Martin Williams |
| 21-16632-MEH | Krysta Michele Huber |
| 21-16694-MEH | Guitano Mione |
| 21-16970-JNP | Herbert B. Thompson |
| 21-17265-JNP | Patrick J. Reed and Megan M. Reed |
| 21-17483-RG | Sharon Yvonne King |
| 21-17506-ABA | Lawrence J Ibbetson, Jr. |
| 21-17828-RG | Alvaro Alonso Tabares and Sandra Jannet Tabares |
| 21-17975-SLM | Robert Anthony Porcella, Jr. and Dana Marie Porcella |
| 21-18091-MEH | Corey Bacchetta and Theresa Bacchetta |
| 21-18405-JKS | Heather Holder Jones |

| | |
|---|---|
| 21-18488-MBK | Michael L Morgan |
| 21-18800-JKS | Jerry L Gonzalez |
| 21-18826-MEH | Steve Van Pittman |
| 21-18898-JNP | Vince J Jones |
| 21-19010-JNP | Erica N. James |
| 21-19053-RG | Elizah Smoot |
| 21-19129-MBK | David Pomales |
| 21-19215-CMG | Sandra H Persaud |
| 21-19606-RG | Nurenberg O. Brito |
| 21-19670-MEH | Paul E. Ratliff, Sr. |
| 21-19759-ABA | MaryEllen B. Powers-Pasquale |
| 21-19867-MEH | Michael Capasso and Linda Capasso |
| 22-10044-MEH | Nadia R Oswald-Hamid |
| 22-10045-RG | Cassandra L. Yarborough |
| 22-10083-MEH | Jennifer Ann Chiavarini |
| 22-10319-MEH | Joseph P Butler and Alyson N Butler |
| 22-10329-MEH | Reynika L. Camp |
| 22-10567-ABA | Natalie M. White |
| 22-10727-MBK | Jennifer M. DeTullio |
| 22-10833-JNP | James E. Dold |
| 22-11013-VFP | Ronald Stephen Zukofsky and Lisa Ann Zukofsky |
| 22-11121-ABA | Keith A. Zimmerman and Janine M. Zimmerman |
| 22-11163-JNP | James C. Murphy, Sr. |
| 22-11258-CMG | Elizabeth A Krieg |
| 22-11315-MBK | Lisa J. Bennett |
| 22-11352-MEH | John Patrick Veizer and Patricia Helene Veizer |
| 22-11524-MEH | Leslie Lake and Elinor Lake |
| 22-11606-JNP | James R. Kelly and Cheryl M. Kelly |
| 22-11702-CMG | Brandon Jurakhan |
| 22-11776-RG | Joseph A Paladino |
| 22-11799-VFP | Ronald Weiss, Sr. |
| 22-11862-JKS | Fatima Milan |
| 22-11980-VFP | Ronald J Myers |
| 22-12009-JNP | Shameka C. Pullen |
| 22-12189-MBK | Darryl E. Green |
| 22-12452-MEH | Paul Mesgleski and Jessica L. Mesgleski |
| 22-12468-JNP | Michael A. Brown and Donna M. Brown |
| 22-12867-JNP | Patricia Pitt |
| 22-12925-CMG | Christopher M. Napolitano and Carrie A. Napolitano |
| 22-12954-JNP | Martin Ware |

| | |
|---|---|
| 22-13031-JNP | Janice L. Logan |
| 22-13044-CMG | Theresa Gail Staples |
| 22-13234-JNP | Rosina L Prato |
| 22-13242-MBK | Paul J. Keller, Jr |
| 22-13299-ABA | William Edward Charlier and Carrie Beth Charlier |
| 22-13309-ABA | Latheia B. Mills |
| 22-13310-ABA | William H. Woods, Jr. and Christina F. Manzi |
| 22-13325-MEH | Michael F. Morales |
| 22-13378-VFP | Janette Breton |
| 22-13390-JKS | Patricia Rosemarie Wynter |
| 22-13442-VFP | Ricardo Santana and Jennifer M. Santana |
| 22-13537-MEH | Nat S. Amadeo and Denise M. Amadeo |
| 22-13794-JKS | Jean L. Jules |
| 22-13953-MBK | Brian J Ashmore and Theresa M Ashmore |
| 22-13989-CMG | Ioannis Papagiannis and Olga Papagiannis |
| 22-14094-JNP | Matthew Gary Suta |
| 22-14204-JNP | Francisco S. DeFrank |
| 22-14343-MBK | Jason Parmer |
| 22-14375-CMG | Keith A. Duncan, Jr. and Lindsay R. Duncan |
| 22-14409-CMG | John W. Purdom and Elena M. Purdom |
| 22-14414-CMG | John J. Rodak, Jr. |
| 22-14434-ABA | Debra A. Sutherland |
| 22-14515-ABA | Norman A Richards |
| 22-14522-MEH | Michael J Burd |
| 22-14686-MBK | Donald J. Whelan |
| 22-14690-MEH | Vartan Sevumyants and Ekaterina Avanesova |
| 22-14697-JNP | Leslie E Allen |
| 22-14796-VFP | Sung Ho Mo |
| 22-14860-MBK | Jerome C. Sanders |
| 22-15054-JNP | Don W. DeVine, Sr. |
| 22-15101-JNP | Margaret E. Simons |
| 22-15184-MBK | Anthony G. Polizzi |
| 22-15330-JNP | Regina Rillera |
| 22-15410-ABA | April L Griffin |
| 22-15642-VFP | Samuel K Howard |
| 22-15673-JNP | Anthony M DeAngelis |
| 22-15680-SLM | Lynton Grant |
| 22-15719-MBK | Lesley Ann Hummer |
| 22-15772-SLM | Pedro O Rosario and Wilmaria Rosario |
| 22-15786-ABA | Nathan W Davis, III and Cassandra J Cherry-Davis |
| 22-15824-SLM | Kevin J. Fouskey |
| 22-15865-JKS | Rolando A. Guerrero and Violeta G. Guerrero |

| | |
|---|---|
| 22-15895-MBK | Yulian Tinoco and Yenny B Tinoco |
| 22-15937-ABA | Taina I. Lopez |
| 22-15954-MBK | Elaine K. Swindell |
| 22-15959-JKS | Kristen Karol Ahne |
| 22-16046-JKS | Douglas Robert Beatty, Jr. |
| 22-16072-MEH | Gennaro Ilaria |
| 22-16111-MBK | Elizabeth James |
| 22-16124-JNP | Tommilyn Hickman |
| 22-16140-ABA | Angel A. Guzman, Jr. and Nilbia Guzman |
| 22-16184-ABA | Jill M Blair |
| 22-16300-MBK | Michael V. Wetherholt |
| 22-16353-MEH | Susan P. Otto |
| 22-16510-MBK | Emma L Johnson |
| 22-16575-ABA | Stefania S. Panza |
| 22-16595-JNP | Jeffrey M. Dunlap |
| 22-16672-MBK | Dominic L. LaBrutto |
| 22-16688-JNP | Alan Sasdelli and Christina Sasdelli |
| 22-16925-RG | Richard D Ortiz |
| 22-16998-MBK | Frank Montalvo, Jr. |
| 22-16999-JNP | Edward G Dutch, Jr. and Nancy A Dutch |
| 22-17186-MBK | Teresa Ann Fenton |
| 22-17227-MEH | Eliza R Jimenez |
| 22-17246-JNP | Joseph R Greenlee |
| 22-17261-MBK | Valerie A. Hadu |
| 22-17411-MBK | Antonis F Llanio |
| 22-17486-SLM | Thomas E Mandile, III |
| 22-17514-MEH | Indhira P Estevez-Lewis |
| 22-17586-MBK | Sean P. Callanan |
| 22-17681-MBK | Debra B. Lucante |
| 22-17703-JKS | Holly L. Wortman |
| 22-17878-JNP | Wanda A. Patrick |
| 22-17928-CMG | Leeanna Roman-Lozada |
| 22-18023-CMG | Todd E. Davis |
| 22-18069-ABA | Javon P Blank |
| 22-18131-JKS | Mahmoud O Amer |
| 22-18166-JKS | Judith S Brantley |
| 22-18167-JNP | John R. Marshall and Jaclyn M. Marshall |
| 22-18267-MEH | James W McCombs and Kristin M McCombs |
| 22-18300-MEH | Thomas Curry, Jr. |
| 22-18398-MBK | Joy Ann Davis |
| 22-18447-MEH | Veerappan Sivakumar |
| 22-18531-CMG | Carl M. Aronoff |
| 22-18548-MBK | Jeremiah T. Delaney |
| 22-18571-ABA | Michael L Thomas and Kendra N Thomas |

| | |
|---|---|
| 22-18604-ABA | Nataro B. Carnegie |
| 22-18661-VFP | Eddie A Goenaga |
| 22-18775-MEH | Brian G. Morris |
| 22-18860-JNP | Latasha J Merritt |
| 22-18981-SLM | Justin N. Josiah |
| 22-19019-ABA | John L Aber and Dianna L Aber |
| 22-19062-JNP | George Edward Showell |
| 22-19095-JNP | David W. Simpkins and Lois B. Simpkins |
| 22-19203-VFP | Marlon R Burgos-Lazo |
| 22-19281-MBK | Pamella Lee Edwards |
| 22-19355-MEH | Veronica M. Grothusen |
| 22-19545-CMG | 1205 5th Ave LLC |
| 22-19592-JNP | Charles A. Fox and Deann M. Fox |
| 22-19653-MEH | Derek Winter |
| 22-19692-MEH | Dennis E. Mosley |
| 22-19694-ABA | Vincent Street, Jr |
| 22-19726-CMG | Ronald R Cain, III |
| 22-19810-MEH | Mark J. Peragino |
| 22-19841-VFP | Bedri M. Koraman |
| 22-19894-MEH | John Collins Erichsen and Maria Angela Erichsen |
| 22-19969-ABA | Daniel A DeStefano |
| 22-19988-MEH | Thomas C. Griffiths |
| 22-20131-ABA | David L. Newkirk, Jr. and Melissa H. Newkirk |
| 22-20136-MEH | Kevin E Perez, Sr. |
| 22-20153-MEH | Sabreen Cairns |
| 22-20176-JNP | Melissa D. McBride |
| 22-20217-MBK | Jennifer Rita Scala |
| 23-10007-CMG | Richard J Tomosi and Diana M Tomosi |
| 23-10034-ABA | Corey M Brainum |
| 23-10048-SLM | Kaziah W Herron |
| 23-10055-JNP | Roseanne L. DeMarest |
| 23-10089-MEH | Audrey Cheatum |
| 23-10106-JKS | Cynthia Kalamaridis |
| 23-10143-ABA | Aquilla Daniels |
| 23-10286-ABA | John Cramutola, Jr. |
| 23-10353-JNP | Travis C. Hemphill and Dana E. Hemphill |
| 23-10404-MBK | Angel Herrera |
| 23-10407-JNP | Brian E May |
| 23-10454-RG | Hector L Garcia, Jr. |
| 23-10565-MEH | Gloria Jean James |
| 23-10668-CMG | Elida J. DeOlivera |
| 23-10677-MEH | Robert Caldwell |

| | |
|---|---|
| 23-10697-VFP | Colleen A. King |
| 23-10870-JKS | Christian G. Monne |
| 23-10910-CMG | Michael J. Salvatore, Jr. |
| 23-10914-CMG | Michael A. Rizzo |
| 23-10952-MBK | Pamela Sanders |
| 23-10959-ABA | Lauren N Lee |
| 23-10982-MBK | Brian R Bono |
| 23-11006-ABA | Latoya Graham |
| 23-11033-ABA | Rosalind Lenice Coleman |
| 23-11037-CMG | Thomas P. Carrigan |
| 23-11073-CMG | Edward J. Drzewiecki, Jr. |
| 23-11077-JNP | Hector M Sanchez, Jr. and Elisabet A Sanchez |
| 23-11133-RG | Sinclair Waithe |
| 23-11141-CMG | Aaron A Antoniello and Danielle D Antoniello |
| 23-11165-MEH | Jon R. Huston |
| 23-11239-JNP | Tia A. Morhauser |
| 23-11264-MEH | Alvin Hardy, Jr. |
| 23-11297-ABA | Timothy McGoldrick and Dawn S. McGoldrick |
| 23-11393-MEH | Angelo DeVito Construction, LLC |
| 23-11417-ABA | Kimberly Anne Gamelli and Robert Phillip Gamelli, Jr. |
| 23-11432-SLM | David Michael Maida, Jr. |
| 23-11433-SLM | Joseph H. Wells |
| 23-11486-RG | Karen K Grimsley-Reid |
| 23-11578-MEH | Joseph Vona |
| 23-11591-MBK | Saphie Kargbo |
| 23-11633-JNP | Kenneth Tyrone Cole |
| 23-11637-ABA | Regina R. Kamedula |
| 23-11757-MEH | James E. Kennard and Linda A. Kennard |
| 23-11791-MBK | Garrett N Wagner, Sr. |
| 23-11798-JNP | Frankie D. Rodriguez |
| 23-11804-JKS | Kevin Demond Towler |
| 23-11847-RG | George Bekker |
| 23-11988-ABA | Mohammad I. Haq and Arjumand Haq |
| 23-12036-CMG | Jenny D Repko |
| 23-12105-RG | Dancy H. Nin-Coste |
| 23-12112-ABA | Noe J. Hogdson, Sr. |
| 23-12138-RG | Julissa Davila |
| 23-12142-MBK | Tiffany J. Moutis |
| 23-12282-RG | Stasia E. HANSEN |
| 23-12288-JKS | Juan R. Whilfford and Christine E Whilfford |
| 23-12348-MEH | Karol Aguilar |
| 23-12376-VFP | Darlene Mills |

| | |
|---|---|
| 23-12420-MEH | Bethany Sciortino |
| 23-12439-JNP | Gary Guadalupe, Sr and Noemi Guadalupe |
| 23-12470-MEH | Melissa A. Harris |
| 23-12483-JKS | Rizza L. Mechure |
| 23-12494-MEH | Christina Swinney |
| 23-12551-CMG | Jorge Quiroga and Patricia E. Quiroga |
| 23-12576-RG | Joseph Artusa, Jr. |
| 23-12612-RG | Denise Nicole Patereck |
| 23-12702-JNP | Eugene Latorre |
| 23-12778-JNP | Linda D. Moore |
| 23-12791-MEH | Victor Rojas and Joy E. Rojas |
| 23-12832-JNP | Diane M. Barmer |
| 23-12833-MEH | Gerald L. Pogue |
| 23-12872-JKS | Gloria D. McNeil |
| 23-12904-ABA | Kimberly Ann Grollman |
| 23-12907-ABA | Nichol T. Gordon-Marshall |
| 23-12923-SLM | Clinton A. Anthony, Sr. |
| 23-12949-SLM | Yovanny F. Rijo-Paredes |
| 23-12972-JNP | Jennifer J. Hayes |
| 23-13009-VFP | Leonardo Mercado and Erin Mercado |
| 23-13068-ABA | Edward Brown and Kimberly Brown |
| 23-13098-JNP | Samantha L. Constantine |
| 23-13115-JNP | Arabella Griffith |
| 23-13193-RG | Mario M. Briceno and Delia G. Briceno |
| 23-13280-RG | Raymond Vega |
| 23-13281-MEH | Scott J. Hayes and Melissa R. Hayes |
| 23-13474-SLM | Angela Conturso |
| 23-13604-JNP | Janae D. Woods |
| 23-13619-JNP | Colleen Michelle Leaf |
| 23-13670-MEH | Nicole Fisher |
| 23-13672-RG | Harold Malone |
| 23-13685-MBK | Erin Leigh Christophersen |
| 23-13731-JKS | Kofi John |
| 23-13761-VFP | Charles Alvin Blue |
| 23-13767-JNP | Harry D. Smith, Jr. and Theresa K. Smith |
| 23-13791-JNP | Joshua B. Gould and Krisdi L. Gould |
| 23-13809-ABA | Daniel Pagan |
| 23-13846-MBK | George Diaz-Piedra |
| 23-13958-ABA | George Taylor |
| 23-13962-MEH | Deborah L. Brooks |
| 23-13979-MEH | Jennell Jackson |
| 23-13981-MBK | Alan M. Greenspan and Kimberly J. Greenspan |
| 23-14034-SLM | Silvino P. Salinas |

| | |
|---|---|
| 23-14041-VFP | Ahmed Abdelwahed |
| 23-14089-ABA | Richlyn Reeves |
| 23-14157-JNP | Patricia C. Casher |
| 23-14162-CMG | Debbie Andriano |
| 23-14164-JKS | Timothy Robert Pasquariello |
| 23-14173-VFP | Jeffrey P. Tami |
| 23-14222-CMG | Tonae P. Holley |
| 23-14266-ABA | Kristia Refait |
| 23-14277-MBK | Kristina L Davenport |
| 23-14361-ABA | Michael Waters |
| 23-14365-CMG | Christopher Regan |
| 23-14384-JNP | Deborah A Spado |
| 23-14491-RG | Jacqueline Zambrano |
| 23-14520-SLM | Christine M Delaney |
| 23-14637-ABA | Michael L. Williams |
| 23-14656-CMG | Christina S. Randolph |
| 23-14679-RG | Howard Buell |
| 23-14754-MBK | Joseph Lopresti |
| 23-14797-MBK | Frank John, Jr. and Antoinette John |
| 23-14805-CMG | William H. Berardi |
| 23-14808-JNP | Joseph H. Pedone, IV and Samantha Pedone |
| 23-14849-RG | Carlos A Madero |
| 23-14885-CMG | Matthew A. Bey and Rhonda L. Bey |
| 23-14890-CMG | Alexander Rivera and Michelle Rivera |
| 23-14902-JNP | Anthony Appel |
| 23-14905-SLM | Paul E. Vigil-Abanto |
| 23-14931-JKS | Gustavo Rosario |
| 23-14949-CMG | Richard L. Simone and Shannon P. Simone |
| 23-14993-RG | Sarah E Branitz-Lenhart |
| 23-15001-VFP | Jose Tobar Valle |
| 23-15006-JNP | Sandra J Seagrave |
| 23-15033-MBK | Susan M. Hebrew |
| 23-15094-MEH | Thomas J. Genchi, Jr. |
| 23-15192-MEH | Elias E. Acosta and Anatilde Nunez |
| 23-15215-MEH | Mittal Pujara |
| 23-15250-RG | Elena Espinoza |
| 23-15262-JNP | Herminio B. Binas and Rya R. Binas |
| 23-15358-JNP | Linda N Baldwin |
| 23-15398-JNP | Carol Ford Johnston Olive |
| 23-15401-VFP | Jacqueline A. Citer |
| 23-15402-JNP | Brian Darby |
| 23-15437-VFP | Julia N. Oliveira |
| 23-15442-SLM | Timothy Jerome Keeley and Tamika Raquel Keeley |

| | |
|---|---|
| 23-15563-ABA | Kathleen Kauffman |
| 23-15594-CMG | Clive A Barnett, Jr. and Crystal S Griffith-Barnett |
| 23-15608-ABA | Maria S. Robinson |
| 23-15678-MBK | Henry W. Posso-Burrando |
| 23-15716-ABA | Richard D Walsh and Maureen S Walsh |
| 23-15721-CMG | Antonio Negron and Crystal M Negron |
| 23-15729-JNP | Ashley Denise Gonzalez and Gregory Sapp Jr |
| 23-15745-ABA | Brian S Casto, Jr and Kathleen V Giovanelli |
| 23-15774-CMG | John R Hensley |
| 23-15783-ABA | Therese C. Dutch |
| 23-15784-RG | Kevin Klingaman |
| 23-15810-JNP | Meredith A Alexander |
| 23-16011-MEH | James C. McGrath |
| 23-16017-RG | Stephanie J Cobos |
| 23-16057-MEH | Jason J Casale and Aimee C Casale |
| 23-16122-ABA | Rachael L. Smith |
| 23-16154-RG | Giuseppe Palumbo and Rosaria Palumbo |
| 23-16165-JKS | Michael F Davis |
| 23-16205-CMG | Vincent Valenti and Olivia Valenti |
| 23-16385-MEH | Robert E Huff, Sr. and Allison A Huff |
| 23-16454-MBK | Denise A. Collins |
| 23-16565-MBK | Evelyn Scott |
| 23-16606-SLM | Jose L Benitez |
| 23-16637-ABA | Frederick A Hill |
| 23-16657-ABA | Kelley M Baca |
| 23-16772-ABA | Tanja M. Hebron |
| 23-16822-MEH | Marissa E Santana |
| 23-16845-SLM | Christopher W. Koeller |
| 23-16875-ABA | Henry Anthony Gonzalez and Johanna Gonzalez |
| 23-16906-CMG | Janet A. Braxton |
| 23-16927-MEH | Jerry A. Dunn and Janet M. Dunn |
| 23-16958-JNP | Daniel D. Dombkowski |
| 23-16959-ABA | Lavar N. Archie |
| 23-16977-JKS | Althea Thompson |
| 23-17000-RG | Carlos M Ceron |
| 23-17050-MEH | Nicholas Trevor Kollman and Kimberly Dawn Kollman |
| 23-17097-JNP | Colleen Renwick |
| 23-17191-MEH | Moustafa A. Mohamed |
| 23-17242-ABA | Michael Ehrie |
| 23-17261-JNP | Haydee Velazquez |
| 23-17285-JNP | William L Lore and Melissa K Lore |

| | |
|---|---|
| 23-17364-CMG | Boris Blank |
| 23-17545-MBK | Piotr Bartosz |
| 23-17564-JKS | Eleuterio Guzman |
| 23-17607-JKS | Ramona Lee Murrell-Taylor |
| 23-17691-MEH | Germain J. Kirton |
| 23-17732-JNP | Deborah A. Rippman and Thomas W. Rippman |
| 23-17806-JNP | Charles Stokes |
| 23-17841-ABA | Thomas W. Forster, III and Nancy L. Forster |
| 23-17846-ABA | Mustafa Kilic |
| 23-17989-CMG | Robert M. Caputo and Ruth Ann Caputo |
| 23-18002-VFP | Yvonne E Watson |
| 23-18010-JNP | Robert H. Woodward |
| 23-18024-MEH | Joseph J Cosenza |
| 23-18115-MBK | Kathleen A. Vazquez |
| 23-18132-MBK | Raymond J Rodriguez |
| 23-18210-CMG | James Millroy |
| 23-18271-CMG | Maria Sciancalepore |
| 23-18327-CMG | Giuliano V. Ferrara and Ellida R. Ferrara |
| 23-18348-MEH | Danielle Apel-Shenko |
| 23-18355-VFP | Mary Jo F. Seeley |
| 23-18380-MBK | Paul H. Sult, Jr. and Andrea R. Sult |
| 23-18430-CMG | Yoshi M Donato |
| 23-18435-ABA | Danielle M. Schwartz |
| 23-18485-CMG | Debra L. Stotland |
| 23-18541-JKS | Wayne Bizzaro and Jennifer Bizzaro |
| 23-18586-VFP | Robert B. Bakalian |
| 23-18625-JNP | Sean M. Locantore |
| 23-18635-JNP | Matthew M Kimberlin and Samantha M Pompei |
| 23-18691-SLM | Patrick Di Ferdinando and Michelle Allison Valdez |
| 23-18768-JNP | Michael P. Mackeprang |
| 23-18787-VFP | Heloise Harris |
| 23-18792-RG | Christopher A LaPorta |
| 23-18830-MEH | Kelly M. Fonville |
| 23-18840-JNP | Dolores R. Tillman |
| 23-18883-JKS | Delores G Lemons-Gresham |
| 23-18960-CMG | Michael H Williams |
| 23-19134-RG | William A. Revis and Kathy M. Revis |
| 23-19162-RG | Kenneth N. Garrett |
| 23-19232-RG | Mariam G. Lopez-Carcamo |
| 23-19344-RG | Eric Paul Klein |
| 23-19350-JKS | Bruce D Schreiber |

| | |
|---|---|
| 23-19351-CMG | David M. Harris |
| 23-19363-MEH | Leonel Lee |
| 23-19437-ABA | Paul Allison and Sandra Allison |
| 23-19443-VFP | Gloria E Carvajal |
| 23-19483-JNP | Jon C. Lee |
| 23-19513-MEH | Joseph Bongiovanni |
| 23-19740-ABA | Evan W. Lockwood and Tiffany M. Lockwood |
| 23-19788-CMG | Mark Schultz and Catherine Schultz |
| 23-19817-ABA | Charles E. McKibban, Jr. and Danielle J. McKibban |
| 23-19848-CMG | Shawn A. LaRue |
| 23-20475-JKS | Ramesh Vaje |
| 23-20503-ABA | Ishmael A Boaten and Roberta A Boaten |
| 23-20550-CMG | Tara E. Stewart |
| 23-20593-CMG | Patrick J Galen and Alexandria R Doherty |
| 23-20594-JNP | Joseph M Carfagno and Katie N Carfagno |
| 23-20595-JNP | Peter P. Varevice and Katherine C. Varevice |
| 23-20609-CMG | Brian S Butts |
| 23-20659-ABA | Elaine V Melfe |
| 23-20720-RG | Mark Fernandez |
| 23-20753-ABA | Nicole E. Thornton |
| 23-20768-JNP | Karen Lynn Mielcarek |
| 23-20838-JNP | Robert P Hatalovsky, Jr. |
| 23-20885-MBK | Jesse D. Dilbeck and Melissa E. Dilbeck |
| 23-20907-CMG | Frank P. Weeks |
| 23-20912-SLM | Paul Sebastian Onorati, Sr. |
| 23-20923-MEH | Brian F. Burns and Marijo E. Burns |
| 23-20926-MBK | John O. Ishola and Helen E. Ishola |
| 23-20927-ABA | Harris J. Goldberg and Tracy E. Goldberg |
| 23-20929-ABA | Russell D Carter and Tina I Carter |
| 23-21086-ABA | Jeffrey Eichenbaum and Lisa L. Eichenbaum |
| 23-21122-SLM | Efrain Cordero and Miriam J Beltran |
| 23-21172-RG | Alicia Figueroa |
| 23-21257-MBK | Doris Elizabeth Shahinian |
| 23-21311-JNP | Dennis W. Stormes, Jr. |
| 23-21314-VFP | Maria R Apisa |
| 23-21318-VFP | Ira J Smulyan |
| 23-21417-SLM | Celeste Roman |
| 23-21492-MEH | Joann F. Decamp |
| 23-21502-SLM | Anthony Vincent Wolke |
| 23-21589-SLM | Frank Gregory Mazzola |
| 23-21605-ABA | Daniel Good |
| 23-21632-VFP | Sharif J. Edwards |

| | |
|---|---|
| 23-21634-MBK | Robert M Tuzzo |
| 23-21649-RG | Tanya M. Edghill |
| 23-21686-MEH | Cristina M Casole |
| 23-21774-MEH | Ronald A Donato, Jr |
| 23-21777-SLM | Ayyaz Ahmed and Deltona Medical Arts Pharmacy, Inc. d/b/a Apex Hea |
| 23-21801-JNP | Sean R. Dautrechy and Alyssa A. Dautrechy |
| 23-21803-ABA | Jeri A. Stuart |
| 23-21816-RG | Michael Scoles and Marybeth Scoles |
| 23-21828-JNP | Hallie Anne Reitz |
| 23-21838-VFP | Jatin C. Rao and Kathleen P. Rao |
| 23-21870-MBK | Lawrence W. Carulli |
| 23-21871-ABA | Frank Scordo, 3rd |
| 23-21898-JNP | Ricky L. McGuire and Amanda Lynn McGuire |
| 23-21987-JKS | Rawan H Qazear and Madhat M Zubi |
| 24-10014-MEH | Mounir M Guirguis |
| 24-10073-MBK | Luciano Panico |
| 24-10081-JNP | Allen E Bisch, Jr. |
| 24-10112-ABA | Sinclair L. Taylor and LaShawn M. Taylor |
| 24-10121-RG | Gustavo A Mejia and Ruana A Leite |
| 24-10136-MEH | Amanda Aquila |
| 24-10149-JNP | Robert F Maro |
| 24-10161-CMG | Dana M. Brown |
| 24-10197-RG | Preston Green Lawrence, Sr. |
| 24-10296-VFP | Kenny V Nunez |
| 24-10428-RG | Paul A. Palange Jr. |
| 24-10540-CMG | Matthew Emmert and Elizabeth Emmert |
| 24-10550-MBK | Alison M. Swankie |
| 24-10553-SLM | Kenny Zambrano |
| 24-10614-CMG | Luis Rivera and Lauren Rivera |
| 24-10629-CMG | Ana Colon |
| 24-10636-CMG | Eamon J Flanagan and Liana M. Flanagan |
| 24-10644-JKS | Maria Tynes |
| 24-10713-VFP | James J. Luther |
| 24-10727-SLM | James Michael Reiners and Kaitlynn Marjorie Hull |
| 24-10776-VFP | Miguel Leocadio |
| 24-10843-CMG | David Aldo Caldera |
| 24-10921-SLM | Edgar Rosado and Cindy M. Rosado |
| 24-10926-JNP | Randall J Nesko |
| 24-10943-JKS | John R. Filipe |
| 24-10947-VFP | Janisleidy Perez and Maria A. Perez |
| 24-10966-VFP | Claressa L. Lowe |

| | |
|---|---|
| 24-10968-SLM | Thomas P Boller |
| 24-11115-MBK | Raymond Baylis and Mellisa J. Baylis |
| 24-11154-MBK | Barry E. Paula and Linda M. Paula |
| 24-11184-MBK | Ronnette A Henry |
| 24-11232-ABA | Robert A Macauley and Colleen A Macauley |
| 24-11273-RG | Steven A Bousserski |
| 24-11279-MEH | Khalid Waheed |
| 24-11282-JNP | Anthony M. Labetti |
| 24-11289-SLM | Henry Hagedorn Jr. and Cornelia A. Hagedorn |
| 24-11337-ABA | Michael Baker |
| 24-11368-MBK | Najee D. Cunningham |
| 24-11410-CMG | Nina M. Wright |
| 24-11432-JNP | Paula R. Fisher |
| 24-11470-JNP | Edward A Reese |
| 24-11513-RG | Jhonnyffe A Agudelo |
| 24-11523-MBK | Robert Andrews and Audrey Andrews |
| 24-11555-ABA | Lisa Marie Kahana and David S. Kahana |
| 24-11556-CMG | Jianxiong Han |
| 24-11758-VFP | Ebenezer G Bote |
| 24-11804-CMG | Paresh K Rijsinghani |
| 24-12095-CMG | Ayman Eltarabily and Dawn Eltarabily |
| 24-12114-CMG | Maria Lopez |
| 24-12118-JKS | Claire Babbitt |
| 24-12134-MBK | Julio Bazalar |
| 24-12219-MEH | Man K. Luk |
| 24-12238-RG | Ricardo Caseres Blandon and Lydia P. Mesa |
| 24-12252-RG | Aury Espinal |
| 24-12290-RG | Norma C. Granadillo and Rafael E. Granadillo-Carril |
| 24-12295-JKS | Radames J Luberza |
| 24-12301-MBK | Randy S. Schweitzer |
| 24-12318-CMG | Luther B. Shoultz, Jr. |
| 24-12341-VFP | Allan Griffin |
| 24-12357-CMG | John F Seidel |
| 24-12358-VFP | Annette Harrington |
| 24-12372-VFP | Kevin T. Colon, Jr. and Natalie E. Saling |
| 24-12386-CMG | Rodney Lambert, Jr. and Sonia M. Lambert |
| 24-12433-ABA | Lawrence Patterson III |
| 24-12445-MEH | Joseph Tripodi |
| 24-12454-JNP | Robert Grassi |
| 24-12456-CMG | Karla Stubenazy |
| 24-12496-CMG | Dirk C. Bramhall |
| 24-12522-RG | Akwasi L Marrow |

| | |
|---|---|
| 24-12527-CMG | Nikkia R Barrett |
| 24-12550-JKS | Dawn M Burrafato |
| 24-12572-ABA | Anthony N Koufodontes and Melissa A Koufodontes |
| 24-12585-VFP | Nicole Brynn Van Harken |
| 24-12633-ABA | Terrence Lopez |
| 24-12706-ABA | Roger O. Williams, Jr. |
| 24-12802-ABA | Michael M. Hillocks |
| 24-12819-JKS | Brendan M Norton and Adrianna Norton |
| 24-12844-VFP | Alex Fonti |
| 24-12860-MEH | David R. Schmidt and Karen L. Schmidt |
| 24-12902-CMG | Jason Beckler |
| 24-12909-MBK | Jamie L Sterlacci |
| 24-12920-ABA | Sara Marie Giardina |
| 24-12954-MBK | Michael J. Geiger and Linda Geiger |
| 24-13027-SLM | Frank S. Paulozzo Jr. |
| 24-13032-VFP | Mai Abdelhamid Ibrahim |
| 24-13045-JKS | James J Darvalics and June F Darvalics |
| 24-13122-JKS | Roxanne Pastore |
| 24-13135-VFP | Buenaflor B. Otero |
| 24-13233-ABA | Duane Anthony Harris and Jennifer Renee Harris |
| 24-13291-RG | John R Jimenez and Elizabeth C Jimenez |
| 24-13365-MEH | Paul F. Garthaus, Jr. |
| 24-13371-CMG | George Waterson, III and Holly K Waterson |
| 24-13406-SLM | Philip Trigiani and Ophelia Trigiani |
| 24-13463-SLM | Michael T. Sposa, Jr. |
| 24-13485-RG | Robert A. Cueman and Dawn S. Cueman |
| 24-13504-JNP | Karla Y. Florian |
| 24-13519-SLM | Andre S. Barrett |
| 24-13520-ABA | Lawrence Elden Grier |
| 24-13523-RG | Nuzhet Khan |
| 24-13539-SLM | Tricia M Contaldi |
| 24-13563-RG | Ivan Tony Mitchell |
| 24-13565-VFP | Soon Young Kim |
| 24-13580-ABA | Odell Saxton |
| 24-13586-CMG | Sandy Sue Brandt |
| 24-13599-MEH | Glenn R. Jamieson and Carol L. Jamieson |
| 24-13646-SLM | Tracy L Bartke |
| 24-13648-MEH | Josette Damestoir |
| 24-13671-CMG | Ashley T Bloodgood |
| 24-13716-SLM | Jose F. Duque-Castano and Gloria L. Salazar |
| 24-13797-ABA | Ian M Lewis-Garbin |
| 24-13842-ABA | Maurice P. Carter |

| | |
|---|---|
| 24-13907-MEH | Angelo Ferreira-Toribio |
| 24-13933-ABA | David Datil, Jr |
| 24-13948-JNP | Eric A. Hill and Keri L. Hill |
| 24-13964-JNP | Vanessa Maldonado |
| 24-13980-CMG | Lori A. Petrosino |
| 24-13989-ABA | James R. Torres, Sr. and Omayra Torres |
| 24-14025-JNP | Anthony J Orsini and Kimberly Orsini |
| 24-14036-ABA | Dennis M. Radtke and Christina J. Radtke |
| 24-14049-JNP | Traci L. Klauber |
| 24-14060-ABA | Irene Tofiles |
| 24-14089-MEH | Douglas W Ryker and Diane E Ryker |
| 24-14129-SLM | James K. Clarken and Jesenia Clarken |
| 24-14131-ABA | Lance E. Cannon |
| 24-14155-JNP | Tristan J. Kemp and Ashley N Klare |
| 24-14156-RG | Jason Kientz and Rachel V. Kientz |
| 24-14158-JKS | Brian R. Roth and Heidi R. Roth |
| 24-14214-RG | Forrest James Nance |
| 24-14217-CMG | Hope E. Patterson |
| 24-14245-JNP | Richard W Brown, Jr. |
| 24-14280-MEH | Jeffrey J Ford |
| 24-14300-ABA | Jessie M. Clarke |
| 24-14304-ABA | Elaine M. Higgins |
| 24-14339-MBK | Jayadeep Ramesh Deshmukh |
| 24-14353-SLM | William V. Yarlaski |
| 24-14369-MEH | Lisa M. Smith |
| 24-14390-VFP | Jennifer Palacio |
| 24-14474-MBK | Denise M. Cruz and Francisco M. Cruz |
| 24-14502-ABA | Tene A. Roberts |
| 24-14506-MEH | Victor L Mendez, Jr. |
| 24-14569-MBK | Narcisa A. Delgado |
| 24-14575-CMG | Nicholas A Bartole and Ashlee M Bartole |
| 24-14630-MEH | Andrew Brian Mack and Amanda Adair Mack |
| 24-14651-CMG | Timothy Montano and Katie A. Montano |
| 24-14652-CMG | Kelly A Macan |
| 24-14695-VFP | Robert D DiTonno |
| 24-14709-ABA | Reinaldo Lopez |
| 24-14765-VFP | Cynthia G Maddox |
| 24-14792-SLM | Nicholas J. Bologna and Amanda L. Wenzel |
| 24-14795-SLM | Rashed Alswelim |
| 24-14804-RG | Yevgeniya Lyudmilova |
| 24-14849-SLM | Nicolas Quintela and Lisa Quintela |
| 24-14856-MBK | Michael Paul Hoffecker |
| 24-14858-CMG | Marquis S Owens |

| | |
|---|---|
| 24-14862-ABA | Ta-Kera D. White and Marcus T. White |
| 24-14903-MEH | Michelle M. Hofstetter and Ernest B. Hofstetter |
| 24-14917-CMG | Wilma Diaz |
| 24-14951-CMG | Danielle L Parks and Darnell Parks |
| 24-14992-JKS | Audet Baker |
| 24-14998-RG | Jose W. Melgar and Ingrid G. Marquez |
| 24-15043-ABA | Nancy E. Torres |
| 24-15071-JNP | Earl L. Rowe and Kimberly J. Helms-Rowe |
| 24-15139-VFP | Sasha Santiago |
| 24-15192-JNP | James Pagliughi |
| 24-15229-MEH | William R Quist and Louise M Quist |
| 24-15243-MBK | Raquel Caraballo |
| 24-15268-MEH | Jonathan Blasi and Heather Blasi |
| 24-15320-MEH | Michael W Samuel |
| 24-15334-MEH | Joseph W. Washington, Jr. and Allison N. Washington |
| 24-15338-ABA | Tracey Y. Myrick |
| 24-15343-ABA | Isidro N Segado |
| 24-15388-JNP | Maria Rose Oliver |
| 24-15390-CMG | Ali Muhammad |
| 24-15521-MEH | Scott B. Duff and Jessica J. Duff |
| 24-15523-MBK | Jibri Akil Owens |
| 24-15533-RG | Jose A Galvao |
| 24-15548-MEH | Tomasz K. Drozdz and Meghan E. Drozdz |
| 24-15572-ABA | Anthony Bell and Janet M. Bell |
| 24-15597-CMG | Christopher Tyminski and Daniela Tyminski |
| 24-15610-ABA | MaryAnn Frankenfield |
| 24-15619-RG | George Agurto |
| 24-15653-JNP | Crystal M. Quintino |
| 24-15697-ABA | Thomas C. Gates, 2nd and Joanne Gates |
| 24-15732-MBK | Shaneika Jamon Johnson |
| 24-15768-JNP | Chad T Durboraw and Jennifer Anne Durboraw |
| 24-15771-MBK | Hewett Gant |
| 24-15784-ABA | Gary T. Poorman, Jr. and Lisa M. Poorman |
| 24-15791-VFP | William David Gaona |
| 24-15798-ABA | Derek L. Isenberg |
| 24-15802-JNP | Jaymie L Noe |
| 24-15849-SLM | Natasha Y. Miller |
| 24-15864-CMG | Christopher J. Callahan and Lori H. Callahan |
| 24-15905-ABA | Nestor Ramos |
| 24-15906-JNP | Joseph Cobb and Michelle Cobb |
| 24-15929-MEH | Myung Chul Shin and Lisa Ann Shin |

| | |
|---|---|
| 24-15949-SLM | Eddy Porras and Perla Porras |
| 24-15969-CMG | Daniel Campoverde |
| 24-16086-SLM | Frank R. Panagia and Linda C. Panagia |
| 24-16108-JNP | Timothy J Barben and Melissa M Barben |
| 24-16110-JKS | Andres Gomez |
| 24-16111-RG | Angela M Jadue |
| 24-16132-ABA | Douglas M. Dorfman |
| 24-16139-MEH | Sanjit Ray |
| 24-16142-JNP | Gregory Scott Romano |
| 24-16144-ABA | Henry Jackson, Jr. and Alayne K. Jackson |
| 24-16170-MEH | Franky W. McCray |
| 24-16171-MEH | Marta Argondizzo |
| 24-16231-VFP | Emily Ann Strauss |
| 24-16250-ABA | William R. Peck |
| 24-16260-RG | Flossie M Hillsman |
| 24-16278-MEH | Richard A Goldstein and Elissa M Goldstein |
| 24-16333-MEH | Steven J Ricciuti and Brandi D Ricciuti |
| 24-16356-JNP | Richard H. Maltese and Heather A. Maltese |
| 24-16392-CMG | Brett H Baker |
| 24-16412-JNP | Skandar Zaouali |
| 24-16476-RG | Naqee Saif-Tyrone Shaw and Monae Shaylon Shaw |
| 24-16487-ABA | Janae Lynn Gonzalez |
| 24-16520-CMG | Paul L Vehling |
| 24-16537-RG | Steven Jasinski |
| 24-16557-RG | Amir Khudoyberdiev |
| 24-16622-JNP | Gwendolyn C. Coleman |
| 24-16645-JNP | Patrick Leposki |
| 24-16649-MEH | Fred Bucci |
| 24-16664-JKS | Randy E. Staten and Lorna Negron |
| 24-16675-VFP | Hasan Cinar and Ismican Cinar |
| 24-16678-ABA | Lisa M. Phillips |
| 24-16680-JKS | Terence Gavin |
| 24-16690-CMG | Edward John Barberi |
| 24-16737-SLM | Staci Lin Santiago and Carlos Juan Santiago |
| 24-16747-CMG | Nicholas Perret and Megan Perret |
| 24-16771-ABA | Thomas S. Carpenter and Kristel D. Carpenter |
| 24-16787-MEH | John S Volk and Barbara A Volk |
| 24-16841-CMG | Wayne Brown and Verlyn Brown |
| 24-16980-JNP | Stephen M Donnelly |
| 24-16990-MBK | Ruth Ann Waller |
| 24-17009-SLM | Nicole A Abreu |
| 24-17040-MEH | Lisa N Whitaker |

| | |
|---|---|
| 24-17061-CMG | Richard St. John and JoAnn St. John |
| 24-17064-CMG | Eugenio Cruz Santel and Darlene A. Holgersen |
| 24-17188-CMG | Philippe E. Lavigne |
| 24-17201-MBK | LilyAnn Cespuglio |
| 24-17241-CMG | Bryan S. Fitzwater and Jessica L. Fitzwater |
| 24-17271-CMG | Michael Kourmoulis |
| 24-17281-VFP | Greg Lampariello and Georgette Lampariello |
| 24-17290-MEH | Paul Brian Sisz |
| 24-17337-MEH | Jacek P. Janusz and Yuri E. Janusz |
| 24-17367-MBK | Anthony S. DeBartolis |
| 24-17371-MBK | Nakia Sheri Watson |
| 24-17372-MEH | Richard Aquino and Francine A. Aquino |
| 24-17438-SLM | Mario Jose Obregon |
| 24-17519-MEH | Elizabeth A Rosenthal |
| 24-17546-JKS | Oliver W Durant, Jr. |
| 24-17609-VFP | Wilson Datilus |
| 24-17669-CMG | Jessica B Schutte |
| 24-17695-VFP | Yesica R Lopez |
| 24-17765-JNP | James B Coulter and Stacy S Coulter |
| 24-17808-CMG | Danyela J. LeViness |
| 24-17813-VFP | Namon M. Jackson, Jr. |
| 24-17814-MBK | Jason A. Phillips and Kristen L. Phillips |
| 24-17821-JNP | Brieanne Pearson |
| 24-17822-JNP | Anita LaVada Evans |
| 24-17832-JNP | Eric J. Bickhart and Carrie A. Bickhart |
| 24-17866-MBK | Askia P. Brown |
| 24-17881-MBK | Arthur C Glowczynski |
| 24-17885-MBK | Richard O. Wilson and Leahe Lestrange Wilson |
| 24-17902-MBK | Carlos O Contreras, Jr. and Veronica Contreras |
| 24-17914-SLM | Natasha Ingrid Ramcharan |
| 24-17927-MEH | Richard T. Walters |
| 24-17930-VFP | Angel Luis Ortiz |
| 24-17948-JKS | Matthew P Kazmierczak and Theresa C Kazmierczak |
| 24-17984-JNP | Donna M. Venuto |
| 24-17986-ABA | Armand DeBlasis |
| 24-17987-VFP | Carol J Truppi |
| 24-18064-RG | Yonnette Audene Rogers |
| 24-18088-VFP | Jean W. Samedi |
| 24-18217-JKS | Humberto Reyes Pelegrin and Lourdes Yolanda Lopez |

| | |
|---|---|
| 24-18301-SLM | Rupal K. Patel |
| 24-18322-VFP | Lilian Marcia Chiaradia |
| 24-18328-ABA | Devone L Calloway |
| 24-18370-CMG | Laura R. Farley |
| 24-18379-MBK | Robert P Usa, Jr |
| 24-18380-MEH | Guido M. Staricco |
| 24-18413-CMG | Valerie Robles |
| 24-18417-CMG | Nilson M DaSilva |
| 24-18452-ABA | Darlene V. Klemovitch |
| 24-18503-CMG | Ronald W. Vanburen and Grace E. Vanburen |
| 24-18569-JNP | Caryn Grace Dunkel |
| 24-18600-SLM | Sharon Catalino |
| 24-18618-CMG | Joseph Iskander |
| 24-18729-CMG | Dominick S DeNaro |
| 24-18759-MEH | Sarah Petrone |
| 24-18818-JNP | Amy M Coleman |
| 24-18866-JNP | James D Smith and Rebecca I Smith |
| 24-18886-MEH | Keith A Powers and Maria C Powers |
| 24-18903-CMG | Enrique N Hermes |
| 24-18912-ABA | Leo C. Braun, Jr and Jennifer R. Braun |
| 24-18934-MBK | Moises R. Bautista-Diaz and Ana D. Concepcion-Rodriguez |
| 24-18939-MEH | Miguel A. Rosas |
| 24-19068-JKS | Lisa Gatti |
| 24-19104-ABA | Raymond A. Snapp, Jr. |
| 24-19141-JNP | Patrick J Murphy and Tiffany M. Murphy |
| 24-19171-JNP | Dana Lynn Franks |
| 24-19180-ABA | John J. Nappi |
| 24-19197-MEH | Jefta S. Bernhard |
| 24-19228-VFP | Jamal Ali Salim |
| 24-19232-SLM | Luis Vasquez and Argentina Vasquez |
| 24-19279-CMG | Anthony P DeNicola and Crystal G. DeNicola |
| 24-19293-MEH | Dawris Norberto Gonzalez-Ramirez |
| 24-19318-ABA | Alfred A Mays |
| 24-19366-JNP | Sherman Robinson |
| 24-19417-ABA | Bernard E. Montague, Jr. |
| 24-19485-VFP | Joseph W. Csakvary |
| 24-19537-ABA | Melanie B Hones |
| 24-19602-SLM | Mark Burrowes and Elba Burrowes |
| 24-19640-VFP | Christopher Joseph Harsaghy and Jaslin M Ramos |
| 24-19708-ABA | Stephen J. Sachs, Jr. and Linda D. Sachs |
| 24-19718-MEH | Adair J Moore-Sattely |
| 24-19744-JNP | Alan Steve Arce |

| | |
|---|---|
| 24-19770-ABA | Darren J Tomlinson and Debra A Tomlinson |
| 24-19803-MEH | Tommy Viera and Dalina Viera |
| 24-19825-CMG | Gloria A. Lopez |
| 24-19933-JKS | Martin F Smith |
| 24-19967-JNP | Charlene V Maycott |
| 24-19994-JNP | Timothy C McKeen and Mayra E McKeen |
| 24-20024-JNP | Christopher L Kuhnel and Kerry L Kuhnel |
| 24-20052-JNP | James F. Friel, Jr. |
| 24-20066-SLM | Shant S Pinecian |
| 24-20098-CMG | Christie L Celli |
| 24-20103-MBK | Lisa L Henry and Jeffery T. Henry |
| 24-20137-CMG | Samantha M Garcia |
| 24-20138-CMG | Aziz A. Tarar and Habiba Khanam |
| 24-20153-CMG | Carl Lee Fryer and Lisette M. Fryer |
| 24-20170-MBK | Kirk C. Engelken |
| 24-20213-ABA | Richard Pritchard |
| 24-20233-SLM | Angel Ruiz and Luisa Damaris Oviedo |
| 24-20262-ABA | Leonard Butts |
| 24-20276-JNP | Jose A. Gonzalez and Sharon V. Gonzalez |
| 24-20278-JNP | Rachael L. Grayson |
| 24-20284-RG | Devanand Pitamber |
| 24-20301-MEH | Thamara Dalarmi |
| 24-20309-VFP | Jose M. Oliva and Yusmari Oliva |
| 24-20335-MBK | Robert C. Borris |
| 24-20386-SLM | Gennessis Ocasio, Jr. |
| 24-20442-JKS | Dorothy S Coachman |
| 24-20447-CMG | Jamie L. Anderson |
| 24-20460-SLM | David Rosario |
| 24-20488-JNP | Thomas Christopher Schultze |
| 24-20511-RG | Sherif N. Asham and Nermin Eskaros |
| 24-20644-MEH | Richard Rubinfeld |
| 24-20653-JKS | Daysi Jimenez Castillo |
| 24-20663-JNP | William J. Leighton, Jr. |
| 24-20677-CMG | Latonne D. Arnold |
| 24-20709-JNP | Philip C. Twelbeck |
| 24-20719-VFP | Ulegbek Djabbarov |
| 24-20818-JKS | Richard Laboy |
| 24-20830-SLM | Scott R Wolfe and Stacie L Remaly-Wolfe |
| 24-20834-RG | Tyree R Gass |
| 24-21023-MBK | Richard T Drude |
| 24-21025-SLM | Kieran Aylward |
| 24-21135-MBK | Edward D. Conklin |
| 24-21146-ABA | Mary S. Rosado |
| 24-21195-MEH | Nancy E Ban |

| | |
|---|---|
| 24-21222-MBK | Timothy Marcello and Mary Marcello |
| 24-21228-RG | Timothy W. Perkins |
| 24-21252-JNP | Juanita E. Cheng |
| 24-21282-RG | Michael Ervin |
| 24-21293-MEH | Carl D. Wlodarczyk and Mary A. Wlodarczyk |
| 24-21305-CMG | Devie N. Sakul |
| 24-21333-RG | Anson K. Tang |
| 24-21341-CMG | Henry Samuel Swindell, Jr. |
| 24-21348-ABA | Aracelys Castillo |
| 24-21350-JNP | George Reed Dumoulin, 3rd and Geraldine M. Dumoulin |
| 24-21443-VFP | Frank E. Degrezia, Jr. and Maria Degrezia |
| 24-21444-VFP | Nelson E. Atiencia-Caiser |
| 24-21455-CMG | John R. Haaland |
| 24-21488-ABA | Tenny Kernizan |
| 24-21627-SLM | Karla Smith |
| 24-21630-JNP | Justin M Santore |
| 24-21635-JNP | Jeremy J. Castro |
| 24-21651-VFP | Prudence Kitivi |
| 24-21686-JKS | Alfonso Rafael Scheker, Jr. |
| 24-21704-MEH | Pedro P. Sanchez and Susana D. Sanchez |
| 24-21784-MEH | Liliana Thomas |
| 24-21827-VFP | Judy Clarke-Sanchez |
| 24-21850-JNP | Laura Brigette Jenkins |
| 24-21858-CMG | Jason M. Kaminski |
| 24-21861-SLM | Jose L Vera and Gladys I Vera |
| 24-21879-JKS | Marie M Dupont |
| 24-21887-MBK | Michael Crovelli, III |
| 24-21894-ABA | Anthony J Jacovini, 3rd and Sarah M Jacovini |
| 24-21896-MBK | Miguel Grullon |
| 24-21899-CMG | Erick Boczkus and Jessica Kuchinski |
| 24-21971-ABA | Jose Luis Nunez-Meza |
| 24-22044-JNP | Joel I Carter |
| 24-22050-JKS | Christine Catherine Cox |
| 24-22062-JNP | Vivian A. Sank and Jonathan P. Sank |
| 24-22073-ABA | Wesley LaBoy |
| 24-22081-SLM | Anna M Cruz |
| 24-22088-ABA | Sharon C. Kennedy |
| 24-22131-CMG | Tylisha M. Harvard-White |
| 24-22180-JKS | Juan C. Acevedo |
| 24-22222-ABA | Anthony Dinell Hill, Jr. |
| 24-22256-ABA | Marilyn Rodriguez |
| 24-22257-MEH | Kris L Molnar |
| 24-22303-JKS | Jose I Rosas and Maria Cruz |

| | |
|---|---|
| 24-22342-ABA | Garry S Jackson |
| 24-22348-CMG | Anna Marie Sander |
| 24-22456-JNP | Luis A. Ortiz |
| 24-22519-MEH | Tyrone D. Cummings |
| 24-22529-ABA | Frazel Claybrooks |
| 24-22634-ABA | Renee L. Mathis |
| 24-22640-RG | Jolynn Wojcik |
| 24-22672-CMG | Joanna Lausz |
| 24-22690-MBK | James M. Bruen |
| 24-22723-CMG | Jeremy Hunter Pineda |
| 24-22741-VFP | Alexraziel Espinal |
| 24-22803-JKS | Vanessa Lewis and Andre Lewis |
| 25-10013-MEH | Nelson R Rodriguez, Jr. |
| 25-10025-JKS | Richard Alfredo Castillo |
| 25-10036-ABA | Shikeena N. Lynard |
| 25-10049-ABA | Scott E O'Donnell |
| 25-10063-CMG | Sharif Rahman |
| 25-10110-JNP | Corey R Jefferson |
| 25-10122-RG | Adam Anthony Renzulli, Sr. |
| 25-10139-MEH | Bryant C. Androvich |
| 25-10143-MBK | Samantha Lynn Burke Harter |
| 25-10204-ABA | Timothy Anderson and Michele Anderson |
| 25-10285-RG | Eric N Beaver |
| 25-10299-MBK | Scott T. Garland |
| 25-10300-ABA | Jennifer A. Wilkins |
| 25-10318-MEH | Herbert Simon Abrams, Jr. and Michelle Abrams |
| 25-10380-ABA | Courtney D. McNair |
| 25-10456-JKS | Gary Garvin |
| 25-10461-MBK | Robert A Nelson |
| 25-10466-ABA | Denise M. Jackson |
| 25-10484-SLM | Danielle J. Jones |
| 25-10499-JKS | Thomas J. Mataro |
| 25-10551-MEH | Zachary Goger |
| 25-10586-CMG | Douglas Spencer, Jr. and Angela M Spencer |
| 25-10633-CMG | Alpa G Uyemura |
| 25-10668-SLM | John A Gonzalez |
| 25-10693-SLM | Robert Hofmann |
| 25-10711-JNP | Joseph J. McDermott |
| 25-10745-SLM | Natherah Mustafa Nasser |
| 25-10832-JKS | John Vargas, Jr. and Janet E. Vargas |
| 25-10834-MEH | Debbie Marie Riveros |
| 25-10837-CMG | Carlos Figueroa-Ruiz |
| 25-10848-VFP | Aarti Arora |

| | |
|---|---|
| 25-10851-SLM | Shirley M Ruiz-Velazquez |
| 25-10862-JKS | Maranda Renee Johnson |
| 25-10896-RG | Wendoly M. Mora |
| 25-11023-JKS | Miguel A Reina-Ortega |
| 25-11035-MEH | Oscar D Valencia |
| 25-11038-CMG | Jennifer Krasznai |
| 25-11052-CMG | Abdelkader Belaid |
| 25-11083-ABA | Leavon W Hooper and Judine N Hooper |
| 25-11096-MEH | Harry Leonard |
| 25-11164-VFP | Marisol Parra |
| 25-11186-MEH | Hiram A Rodriguez, Jr. |
| 25-11199-CMG | Jason P Dittman |
| 25-11250-JNP | Michael J Pepe |
| 25-11304-CMG | Robert Chapman |
| 25-11312-MBK | Jennifer L. Cocuzza |
| 25-11324-ABA | William E. West and Sandra U. West |
| 25-11333-VFP | Rachel A. Tamburri |
| 25-11346-JKS | Shaquilta Beason |
| 25-11424-JNP | Daniel J Encarnacion |
| 25-11432-JNP | George Nickels and Amanda P Nickels |
| 25-11447-JNP | Raymond R. Orama, Jr. |
| 25-11509-MEH | Mauricio Jaramillo |
| 25-11512-SLM | Teia C Page |
| 25-11536-JNP | Catrina Volz |
| 25-11545-ABA | Alexis T Jordan |
| 25-11566-JNP | Barbara D Varga |
| 25-11619-VFP | Ghadeer M. Abbasi |
| 25-11625-CMG | Lola Bolibekova and Davlat Bolibekov |
| 25-11627-MBK | Kimberly A. McBee |
| 25-11681-MEH | Toni M Salerno |
| 25-11706-JKS | Eddy Jean Philippeaux |
| 25-11721-MEH | Maria del Rocio Vazquez |
| 25-11734-VFP | Mary Grace S. Villafranca and Joseph M. Landayan |
| 25-11739-JKS | George J. Cabany,, Jr. |
| 25-11771-MEH | Debre G. Blakely |
| 25-11830-MBK | Mark Wesley Smith |
| 25-11889-JNP | Jamie Lee Morrison |
| 25-11957-CMG | Ellen Thompson |
| 25-11996-JNP | Sharonda Harris |
| 25-12107-ABA | Stefanie R. Crawford |
| 25-12132-ABA | Kevan R Will and Jessica L Will |
| 25-12146-SLM | Liliana DeJesus Pena |
| 25-12155-JKS | Ahmed Hamed |

| | |
|---|---|
| 25-12178-JKS | Brian Fusco |
| 25-12225-VFP | Jason L Spates |
| 25-12227-SLM | Marianne Willms |
| 25-12233-MEH | John E. Dickson |
| 25-12239-ABA | Melinda E. Zamichieli |
| 25-12245-ABA | Brandi Lynn Mendoza and Henry Mendoza |
| 25-12277-MBK | Cheryl Ann Anderson |
| 25-12322-JKS | Crystal A Baker |
| 25-12326-CMG | Sean A. Drella and Meghann E. Drella |
| 25-12396-MEH | Chacaya Uneeda Harris |
| 25-12441-JNP | Ian D Mosley |
| 25-12465-JNP | Alexander Montanez-Diaz and Maricarmen Colon |
| 25-12535-MEH | Brandi M. Black |
| 25-12588-VFP | Samuel D. Martin |
| 25-12611-VFP | Anthony Rojas |
| 25-12619-CMG | Audra Stewart |
| 25-12633-JKS | Ramon Arturo Ronquillo |
| 25-12648-SLM | Olga Gonzalez |
| 25-12687-CMG | David A Urena and Jennifer R Urena |
| 25-12698-MBK | Allen R Brower |
| 25-12701-ABA | Joel L Lyon and Jennifer L Lyon |
| 25-12754-SLM | Anson K Tang |
| 25-12769-VFP | AUGIES HAYES and RAVINAIL HAYES |
| 25-12782-MBK | Jessie Laquan Rashen Sanders |
| 25-12819-VFP | Cory D Durham |
| 25-12826-CMG | Enoch A Asare |
| 25-12870-ABA | Lisa Lynn Gist-Ragland |
| 25-12972-VFP | Masood H. Chowdhury |
| 25-13020-ABA | Timothy J. Melcher |
| 25-13056-ABA | Guillermo E. Massa |
| 25-13104-CMG | Carrie Carmack |
| 25-13168-MEH | Jean M Joseph |
| 25-13206-VFP | Ricardo Vazquez Castro |
| 25-13212-JKS | Onika T Murray |
| 25-13257-VFP | Kimberly Ann Freeman-Johnson |
| 25-13316-MEH | Kristin E. Hubbard |
| 25-13393-JNP | Tanya N. Jackson |
| 25-13394-ABA | Gary R. Becker |
| 25-13411-VFP | Linda J. Calabrese |
| 25-13431-ABA | Frances H. King |
| 25-13478-ABA | Joshua L Smith |
| 25-13506-VFP | James Acedieu |
| 25-13556-ABA | Jennifer R. Braun and Leo C. Braun, Jr. |

| 25-13637-MEH | Vernea Cottman |
|---|---|
| 25-13650-JKS | Alan A. Ruano |
| 25-13672-JNP | Andrea C. Otero |
| 25-13720-ABA | Richard Pritchard |
| 25-13723-ABA | Christopher M Mangaro and Jeannine Mangaro |
| 25-13733-CMG | Alex Buonacore and Kimberly Ann Buonacore |
| 25-13769-MEH | Christopher Koniecko |
| 25-13783-JNP | Renee L Bettis |
| 25-13845-JKS | Andrew Fraser and Kathy Fraser |
| 25-13848-SLM | Mario Torres |
| 25-13943-JNP | Paul A. McCurry, Jr. and Pamela R McCurry |