|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Cibik Law, P.C.<br>By: Edward Jacob Gruber (#464712024)<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>(215) 735-1060<br>mail@cibiklaw.com<br><br>Attorney for Debtor Haydee Velazquez | Case No.: 23-17261<br><br>Chapter: 13 |
| In Re:<br><br>Haydee Velazquez, Debtor. | Adv. No.: <br><br>Hearing Date: June 18, 2025<br><br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, __Edward Jacob Gruber__ :

    ☒ represent __Haydee Velazquez__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 7, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Corrected Modified Chapter 13 Plan, Doc No. 47

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __May 7, 2025__                    /s/ Edward Jacob Gruber
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Truist Bank<br>c/o William E. Craig, Esquire<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*