Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−17261−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haydee Velazquez
   aka Haydee Velazquez Arce
   945 Chestnut Ave
   Woodbury, NJ 08097−1609

Social Security No.:
   xxx−xx−9440

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 18, 2025.

Dated: June 20, 2025
JAN: kvr

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17261-JNP |
| Haydee Velazquez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 20, 2025 | Form ID: plncf13 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Haydee Velazquez, 945 Chestnut Ave, Woodbury, NJ 08097-1609 |
| 520004088 | + | Borough of Woodbury Heights, 500 Elm Ave, Woodbury Hts, NJ 08097-1489 |
| 520004091 | + | Citi Bank, Citi Cards, PO Box 183054, Columbus, OH 43218-3054 |
| 520004094 | | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 520004095 | + | County of Gloucester, PO Box 337, Woodbury, NJ 08096-7337 |
| 520065332 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 520004104 | + | Green Star Exteriors, 1914 Parker Ave, Holmes, PA 19043-1414 |
| 520004117 | + | South Jersey Gas, 3800 Atlantic Ave, Atlantic City, NJ 08401-6080 |
| 520004118 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 520004123 | | U.S. Attorney, District of N.J., 970 Broad St Fl 7, Newark, NJ 07102-2527 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2025 23:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2025 23:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2025 23:11:25 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 20 2025 23:01:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 20 2025 23:01:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jun 20 2025 23:01:00 | Truist Bank, PO Box 85092, Richmond, VA 23285-5092 |
| 520004085 | + | Email/Text: bankruptcy@acimacredit.com | Jun 20 2025 23:02:00 | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 520007204 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2025 23:11:11 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520046527 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2025 23:10:26 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520004086 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 20 2025 23:00:00 | Ally Financial, Inc, 500 Woodard Ave, Detroit, MI 48226-3416 |

Case 23-17261-JNP    Doc 59    Filed 06/22/25    Entered 06/23/25 00:21:37    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: plncf13 | Total Noticed: 58 |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| 520004087 | + Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 23:21:53 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 520004090 | Email/Text: BKPT@cfna.com | Jun 20 2025 23:00:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520004092 | Email/Text: megan.harper@phila.gov | Jun 20 2025 23:02:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 520009236 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2025 23:22:20 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520004089 | + Email/Text: legal@castlecredit.com | Jun 20 2025 23:02:00 | Castel Credit Co Holdings, LLC, Attn: Bankruptcy 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 520031875 | + Email/Text: legal@castlecredit.com | Jun 20 2025 23:02:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 520004093 | Email/Text: bankruptcy@philapark.org | Jun 20 2025 23:02:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 520004096 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 20 2025 23:02:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520004097 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2025 23:11:10 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520004125 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jun 20 2025 23:02:00 | Enterbank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004098 | + Email/Text: bnc-bluestem@quantum3group.com | Jun 20 2025 23:02:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520004099 | + Email/Text: bankruptcy@firstelectronic.com | Jun 20 2025 23:03:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 520004100 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jun 20 2025 23:02:00 | First Investors Financial Dept, Attn: Bankruptcy Attn: Bankruptcy, 3065 Akers Mill Rd SE , Ste 700, Atlanta, GA 30339-3124 |
| 520004101 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 20 2025 23:01:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 520004103 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 20 2025 23:01:00 | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520004102 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 20 2025 23:03:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520004106 | + Email/Text: bankruptcy@greenskycredit.com | Jun 20 2025 23:02:00 | GreenSky Financial, Attn: Bankruptcy Attn: Bankruptcy, 1797 NE Expressway NE , Ste 100, Atlanta, GA 30329-2451 |
| 520004105 | + Email/Text: bankruptcy@greenskycredit.com | Jun 20 2025 23:02:00 | Greensky, 5565 Gleridge Connector , Ste 700, Atlanta, GA 30342-4796 |
| 520050073 | Email/Text: bankruptcy@greenskycredit.com | Jun 20 2025 23:02:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 520004107 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 20 2025 23:01:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520004108 | ^ MEBN | Jun 20 2025 23:00:17 | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 520047109 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:22:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004109 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2025 23:01:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. |

Case 23-17261-JNP  Doc 59  Filed 06/22/25  Entered 06/23/25 00:21:37  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: plncf13 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 619098, Dallas, TX 75261-9098 |
| 520004110 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 20 2025 23:01:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 520004111 | | Email/PDF: cbp@omf.com | Jun 20 2025 23:10:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520004113 | | Email/Text: banko@preferredcredit.com | Jun 20 2025 23:00:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520004114 | ^ | MEBN | Jun 20 2025 22:59:31 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 520004112 | | Email/Text: bankruptcy@philapark.org | Jun 20 2025 23:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 520060858 | | Email/Text: bnc-quantum@quantum3group.com | Jun 20 2025 23:02:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520004115 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 20 2025 23:37:02 | Regional Acceptance Corporation, Attn: Bankruptcy 1424 East Fire Tower Ro, Greenville, NC 27858-4105 |
| 520042916 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jun 20 2025 23:02:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004119 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 20 2025 23:01:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520004116 | | Email/Text: bankruptcy@bbandt.com | Jun 20 2025 23:02:00 | Sheffield Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-1078 |
| 520004120 | ^ | MEBN | Jun 20 2025 22:56:36 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 520004121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 20 2025 23:09:17 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520004122 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 20 2025 23:09:31 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 520036916 | + | Email/Text: bankruptcy@bbandt.com | Jun 20 2025 23:01:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520004124 | ^ | MEBN | Jun 20 2025 22:58:40 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian E Caine | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor Freedom Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Edward Jacob Gruber | on behalf of Debtor Haydee Velazquez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Truist Bank wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8