Printed on: 12/31/2025  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-17261 (JNP)

Haydee Velazquez  
945 Chestnut Avenue  
Woodbury, NJ  08097-1609

Monthly Payment: $378.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2025 | $200.00 | 03/03/2025 | $200.00 | 03/31/2025 | $234.00 | 04/28/2025 | $354.00 |
| 05/29/2025 | $354.00 | 06/30/2025 | $354.00 | 07/28/2025 | $354.00 | 08/28/2025 | $354.00 |
| 09/29/2025 | $354.00 | 10/28/2025 | $354.00 | 12/01/2025 | $354.00 | 12/30/2025 | $354.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HAYDEE VELAZQUEZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL I. ASSAD, ESQUIRE | 13 | $3,545.00 | $3,545.00 | $0.00 | $2,704.80 |
| 0 | EDWARD J. GRUBER, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | ACIMA CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN FIRST FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BOROUGH OF WOODBURY HEIGHTS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CFNA/CREDIT FIRST NATL ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CASTLE CREDIT CO HOLDINGS, LLC | 33 | $19,935.76 | $0.00 | $19,935.76 | $0.00 |
| 7 | CITI BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | COMMONWEALTH OF PA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COUNTY OF GLOUCESTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT COLL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $531.40 | $0.00 | $531.40 | $0.00 |
| 14 | FINGERHUT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $3,734.13 | $0.00 | $3,734.13 | $0.00 |
| 16 | FIRST INVESTORS FINANCIAL DEPT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | FREEDOM MORTGAGE CORPORATION | 24 | $1,452.46 | $583.07 | $869.39 | $0.00 |
| 18 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | GENESIS FS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | GREEN STAR EXTERIORS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | GREENSKY #3877 | 33 | $13,537.45 | $0.00 | $13,537.45 | $0.00 |
| 22 | GREENSKY #3877 | 33 | $14,753.95 | $0.00 | $14,753.95 | $0.00 |
| 23 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | MRC/UNITED WHOLESALE M | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | NEW JERSEY TURNPIKE AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ONEMAIN FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PHILADELPHIA PARKING AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PREFERRED CREDIT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | REGIONAL ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | SOUTH JERSEY TRANSPORTATION AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | LVNV FUNDING, LLC | 33 | $1,478.96 | $0.00 | $1,478.96 | $0.00 |
| 38 | LVNV FUNDING, LLC | 33 | $382.40 | $0.00 | $382.40 | $0.00 |
| 39 | U.S. ATTORNEY, DISTRICT OF N.J. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | U.S. DEPARTMENT OF JUSTICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | VIEWTECH FINANCIAL SER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | MICHAEL I. ASSAD, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | TRUIST BANK | 24 | $471.88 | $189.43 | $282.45 | $0.00 |
| 45 | REGIONS BANK | 33 | $12,287.68 | $0.00 | $12,287.68 | $0.00 |
| 46 | TRUIST BANK | 24 | $2,834.10 | $1,137.72 | $1,696.38 | $0.00 |
| 47 | TRUIST BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2023 | 21.00 | $0.00 |
| 06/01/2025 | Paid to Date | $4,542.00 |
| 07/01/2025 | 14.00 | $378.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,820.00 |
| Total paid to creditors this period: | $2,704.80 |
| Undistributed Funds on Hand: | $318.60 |
| Arrearages: | ($210.00) |
| Attorney: | EDWARD J. GRUBER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**