Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:   23−17261−JNP
Chapter:   13
Judge:   Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haydee Velazquez
   aka Haydee Velazquez Arce
   945 Chestnut Ave
   Woodbury, NJ 08097−1609

Social Security No.:
   xxx−xx−9440

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 18, 2025.

   On 1/22/2026 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                   March 4, 2026
Time:                   10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 23, 2026
JAN: lgr

                                                                                                Jeanne Naughton
                                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-17261-JNP

Haydee Velazquez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4
Date Rcvd: Jan 23, 2026     Form ID: 185     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Haydee Velazquez, 945 Chestnut Ave, Woodbury, NJ 08097-1609 |
| 520004085 | + | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 520004088 | + | Borough of Woodbury Heights, 500 Elm Ave, Woodbury Hts, NJ 08097-1489 |
| 520004091 | + | Citi Bank, Citi Cards, PO Box 183054, Columbus, OH 43218-3054 |
| 520004094 | | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 520004095 | + | County of Gloucester, PO Box 337, Woodbury, NJ 08096-7337 |
| 520065332 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 520004104 | + | Green Star Exteriors, 1914 Parker Ave, Holmes, PA 19043-1414 |
| 520004118 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 520004123 | | U.S. Attorney, District of N.J., 970 Broad St Fl 7, Newark, NJ 07102-2527 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 21:08:14 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 23 2026 21:03:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 23 2026 21:03:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jan 23 2026 21:04:00 | Truist Bank, PO Box 85092, Richmond, VA 23285-5092 |
| 520007204 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 21:08:04 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520046527 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 21:08:27 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520004086 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2026 21:02:00 | Ally Financial, Inc, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520004087 | + | Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 21:08:28 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |

Case 23-17261-JNP    Doc 63    Filed 01/25/26    Entered 01/26/26 00:20:09    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: 185 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520004090 | | Email/Text: BKPT@cfna.com | Jan 23 2026 21:02:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520004092 | | Email/Text: megan.harper@phila.gov | Jan 23 2026 21:05:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 520009236 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 21:08:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520004089 | + | Email/Text: legal@castlecredit.com | Jan 23 2026 21:05:00 | Castel Credit Co Holdings, LLC, Attn: Bankruptcy 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 520031875 | + | Email/Text: legal@castlecredit.com | Jan 23 2026 21:05:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 520004093 | | Email/Text: bankruptcy@philapark.org | Jan 23 2026 21:05:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 520004096 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 23 2026 21:05:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520004097 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 21:08:27 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520004125 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 23 2026 21:04:00 | Enterbank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004098 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 23 2026 21:05:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520004099 | + | Email/Text: bankruptcy@firstelectronic.com | Jan 23 2026 21:05:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 520004100 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jan 23 2026 21:04:00 | First Investors Financial Dept, Attn: Bankruptcy Attn: Bankruptcy, 3065 Akers Mill Rd SE , Ste 700, Atlanta, GA 30339-3124 |
| 520004101 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 23 2026 21:03:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 520004103 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 23 2026 21:04:00 | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520004102 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 23 2026 21:05:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520004106 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 23 2026 21:04:00 | GreenSky Financial, Attn: Bankruptcy Attn: Bankruptcy, 1797 NE Expressway NE , Ste 100, Atlanta, GA 30329-2451 |
| 520004105 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 23 2026 21:04:00 | Greensky, 5565 Gleridge Connector , Ste 700, Atlanta, GA 30342-4796 |
| 520050073 | | Email/Text: bankruptcy@greenskycredit.com | Jan 23 2026 21:04:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 520004107 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2026 21:04:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520004108 | ^ | MEBN | Jan 23 2026 20:59:47 | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 520047109 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 21:08:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004109 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2026 21:03:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520004110 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 23 2026 21:03:00 | New Jersey Turnpike Authority, P.O. Box 5042, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: 185 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Woodbridge, NJ 07095 |
| 520004111 | | Email/PDF: cbp@omf.com | Jan 23 2026 21:08:01 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520004113 | | Email/Text: banko@preferredcredit.com | Jan 23 2026 21:03:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520004114 | ^ | MEBN | Jan 23 2026 20:59:16 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 520004112 | | Email/Text: bankruptcy@philapark.org | Jan 23 2026 21:05:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 520060858 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2026 21:04:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520004115 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 23 2026 21:08:32 | Regional Acceptance Corporation, Attn: Bankruptcy 1424 East Fire Tower Ro, Greenville, NC 27858-4105 |
| 520042916 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jan 23 2026 21:04:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004119 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 23 2026 21:03:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520004116 | | Email/Text: bankruptcy@bbandt.com | Jan 23 2026 21:04:00 | Sheffield Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-1078 |
| 520004117 | + | Email/Text: bankruptcynotice@sjindustries.com | Jan 23 2026 21:04:00 | South Jersey Gas, 3800 Atlantic Ave, Atlantic City, NJ 08401-6080 |
| 520004120 | ^ | MEBN | Jan 23 2026 20:57:30 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 520004121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 21:08:21 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520004122 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 21:08:21 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 520036916 | + | Email/Text: bankruptcy@bbandt.com | Jan 23 2026 21:04:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520004124 | ^ | MEBN | Jan 23 2026 20:58:33 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026        Signature:        /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jan 23, 2026 | Form ID: 185 | Total Noticed: 58

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian E Caine | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor Freedom Mortgage Corporation bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Edward Jacob Gruber | on behalf of Debtor Haydee Velazquez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Kimberly A. Wilson | on behalf of Creditor FREEDOM MORTGAGE CORPORATION kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Truist Bank wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9