UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
By: Edward Jacob Gruber (#464712024)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-1060
mail@cibiklaw.com

Attorney for Debtor Haydee Velazquez

In Re:

Haydee Velazquez, Debtor

| | |
|---|---|
| Case No.: | 23-17261 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | April 1, 2026 |
| Judge: | JNP |

## CERTIFICATION OF SERVICE

1. I, _____Edward Jacob Gruber_____ :

   ☒ represent _____Haydee Velazquez_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____January 22, 2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan - After Confirmation (ECF No. 61)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____March 24, 2026_____

/s/ Edward Jacob Gruber
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Truist Bank<br>c/o William E. Craig, Esquire<br>Eisenberg, Gold & Agrawal, P.C.<br>1040 North Kings Highway, Suite 200<br>Cherry Hill, NJ 08034 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name an    ess    Pa  ty Se  ve | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3