Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−17261−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Haydee Velazquez
aka Haydee Velazquez Arce
945 Chestnut Ave
Woodbury, NJ 08097−1609

Social Security No.:
   xxx−xx−9440

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 2, 2026.

Dated: April 2, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-17261-JNP

Haydee Velazquez                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: plncf13 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Haydee Velazquez, 945 Chestnut Ave, Woodbury, NJ 08097-1609 |
| 520004085 | + | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 520004088 | + | Borough of Woodbury Heights, 500 Elm Ave, Woodbury Hts, NJ 08097-1489 |
| 520004091 | + | Citi Bank, Citi Cards, PO Box 183054, Columbus, OH 43218-3054 |
| 520004094 | | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 520004095 | + | County of Gloucester, PO Box 337, Woodbury, NJ 08096-7337 |
| 520065332 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 520004104 | + | Green Star Exteriors, 1914 Parker Ave, Holmes, PA 19043-1414 |
| 520004118 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 520004123 | | U.S. Attorney, District of N.J., 970 Broad St Fl 7, Newark, NJ 07102-2527 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2026 20:56:17 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 02 2026 20:53:00 | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 02 2026 20:53:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Apr 02 2026 20:53:00 | Truist Bank, PO Box 85092, Richmond, VA 23285-5092 |
| 520007204 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2026 20:56:26 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520046527 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2026 20:56:34 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520004086 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 02 2026 20:52:00 | Ally Financial, Inc, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520004087 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Apr 02 2026 20:53:00 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |

| 520004090 | Email/Text: BKPT@cfna.com | Apr 02 2026 20:52:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
|---|---|---|---|
| 520004092 | Email/Text: megan.harper@phila.gov | Apr 02 2026 20:53:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 520009236 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 02 2026 20:56:34 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520004089 | + Email/Text: legal@castlecredit.com | Apr 02 2026 20:54:00 | Castel Credit Co Holdings, LLC, Attn: Bankruptcy 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 520031875 | + Email/Text: legal@castlecredit.com | Apr 02 2026 20:54:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 520004093 | Email/Text: bankruptcy@philapark.org | Apr 02 2026 20:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 520004096 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 02 2026 20:54:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520004097 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2026 20:56:35 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520004125 | + Email/Text: EB_Collectionsbk@Regions.com | Apr 02 2026 20:53:00 | Enterbank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004098 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 02 2026 20:56:24 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520004099 | + Email/Text: bankruptcy@firstelectronic.com | Apr 02 2026 20:54:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 520004100 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | Apr 02 2026 20:53:00 | First Investors Financial Dept, Attn: Bankruptcy Attn: Bankruptcy, 3065 Akers Mill Rd SE , Ste 700, Atlanta, GA 30339-3124 |
| 520004101 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 02 2026 20:53:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 520004103 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 02 2026 20:53:00 | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520004102 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 02 2026 20:54:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520004106 | + Email/Text: bankruptcy@greenskycredit.com | Apr 02 2026 20:53:00 | GreenSky Financial, Attn: Bankruptcy Attn: Bankruptcy, 1797 NE Expressway NE , Ste 100, Atlanta, GA 30329-2451 |
| 520004105 | + Email/Text: bankruptcy@greenskycredit.com | Apr 02 2026 20:53:00 | Greensky, 5565 Gleridge Connector , Ste 700, Atlanta, GA 30342-4796 |
| 520050073 | Email/Text: bankruptcy@greenskycredit.com | Apr 02 2026 20:53:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 520004107 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2026 20:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520004108 | ^ MEBN | Apr 02 2026 20:48:11 | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 520047109 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2026 20:56:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004109 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 02 2026 20:52:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520004110 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 02 2026 20:52:00 | New Jersey Turnpike Authority, P.O. Box 5042, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: plncf13 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Woodbridge, NJ 07095 |
| 520004111 | | Email/PDF: cbp@omf.com | Apr 02 2026 20:56:15 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 520004113 | | Email/Text: banko@preferredcredit.com | Apr 02 2026 20:52:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN 56301 |
| 520004114 | ^ | MEBN | Apr 02 2026 20:48:24 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 520004112 | | Email/Text: bankruptcy@philapark.org | Apr 02 2026 20:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 520060858 | | Email/Text: bnc-quantum@quantum3group.com | Apr 02 2026 20:53:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520004115 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 02 2026 20:56:38 | Regional Acceptance Corporation, Attn: Bankruptcy 1424 East Fire Tower Ro, Greenville, NC 27858-4105 |
| 520042916 | + | Email/Text: EB_Collectionsbk@Regions.com | Apr 02 2026 20:53:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520004119 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 02 2026 20:52:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520004116 | | Email/Text: bankruptcy@bbandt.com | Apr 02 2026 20:53:00 | Sheffield Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, NC 28202-1078 |
| 520004117 | + | Email/Text: bankruptcynotice@sjindustries.com | Apr 02 2026 20:53:00 | South Jersey Gas, 3800 Atlantic Ave, Atlantic City, NJ 08401-6080 |
| 520004120 | ^ | MEBN | Apr 02 2026 20:47:04 | State of New Jersey, Office of the Attorney General, PO Box 080, Trenton, NJ 08625-0080 |
| 520004121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2026 20:56:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520004122 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2026 20:56:14 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 520036916 | + | Email/Text: bankruptcy@bbandt.com | Apr 02 2026 20:53:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 520004124 | ^ | MEBN | Apr 02 2026 20:47:45 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                    Signature:            /s/Gustava Winters

District/off: 0312-1           User: admin           Page 4 of 4

Date Rcvd: Apr 02, 2026           Form ID: plncf13           Total Noticed: 58

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian E Caine | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor Freedom Mortgage Corporation bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Edward Jacob Gruber | on behalf of Debtor Haydee Velazquez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Kimberly A. Wilson | on behalf of Creditor FREEDOM MORTGAGE CORPORATION kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Truist Bank wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9