Certificate Number: 16339-NJ-DE-041601299

Bankruptcy Case Number: 23-17261

16339-NJ-DE-041601299

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2026, at 1:37 o'clock PM EDT, Haydee Velazquez completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 26, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor